IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>            vs.<br><br>LARRY A. BECHEL,<br><br>        Defendant. | CRIMINAL NO. 3:09-CR-30007-DRH<br><br>Title 18, United States Code,<br>Sections 2251(c)(1)(B), 2252A(a)(1),<br>2252A(a)(5)(B). |

**FILED**
JAN 21 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**INDICTMENT**

**THE GRAND JURY CHARGES:**

## COUNT 1

### SEXUAL EXPLOITATION OF A MINOR

Between on or about February 29, 2004, and on or about March 7, 2004, in Madison County, within the Southern District of Illinois, and in Canada,

**LARRY A. BECHEL,**

defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, S.K., to engage in any sexually explicit conduct outside the United States for the purpose of producing any visual depiction of such conduct, and did transport such visual depiction into the United States, specifically into Madison County, Illinois, by any means; all in violation of Title 18, United States Code, Section 2251(c)(1)(B).

## COUNT 2

### TRANSPORTATION OF CHILD PORNOGRAPHY

On or about March 7, 2004, within Madison County, Illinois, within the Southern District of Illinois,

**LARRY A. BECHEL,**

defendant herein, did knowingly transport in interstate and foreign commerce, that is, from Canada to Madison County, Illinois, by any means, any child pornography, as defined in Title 18, United States Code, Section 2256(8), including images of S.K.; all in violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT 3

### POSSESSION OF CHILD PORNOGRAPHY

On or about July 28, 2006, within Madison County, Illinois, within the Southern District of Illinois,

**LARRY A. BECHEL,**

defendant herein, did knowingly possess a computer disk that contained an image of child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, and shipped and transported in interstate and foreign commerce by any means, including by

computer. Such computer disk contained images of S.K., including, but not limited to, a file named "vancouver 03 B 080.JPEG;" all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

                                                            **A TRUE BILL**

                                                            *Julie Brueggemann*
                                                            FOREPERSON

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney


*A. Courtney Cox*
A. COURTNEY COX
United States Attorney


Recommended Bond: Detention