# UNITED STATES DISTRICT COURT

Southern  District of  Illinois

UNITED STATES OF AMERICA

V.

Larry A. Bechel

**WARRANT FOR ARREST**

Case Number: 09-30007-DRH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Larry A. Bechel
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release      ☐ Probation              ☐ Supervised Release   ☐ Violation Notice
  Violation Petition      Violation Petition        Violation

charging him or her with  (brief description of offense)
Ct. 1 Sexual Exploitation of a Minor
Ct. 2 Transportation of Child Pornography
Ct. 3 Possession of Child Pornography

☒ in violation of Title  18  United States Code, Section(s)  2251(c)(1)(B); 2252A(a)(1); 2252A(a)(5)(B)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

Keenan G. Casady
Name of Issuing Officer

Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

01/21/2009      East St. Louis, IL
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |