IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
[ ] Benton                    [x] East St. Louis

[ X ] Initial Appearance     [ X ] Arraignment     [ ] Detention Hearing

**CRIMINAL NO.** 09-30007-DRH              **DATE**: 1/22/09
U.S.A. vs. LARRY A. BECHEL                 **JUDGE**: CLIFFORD J. PROUD
[ X ] Present  [ X ] Custody  [ ] Bond     **DEPUTY**: ANGIE VEHLEWALD
**DEFT. COUNSEL:** TODD SCHULTZ
[ X ] Present [ X] Apptd. [ ] Retained [ ] Waived    **REPORTER**: DAVEANNA RAMSEY and FTR
**GOVT. COUNSEL**: ANGELA SCOTT            **Start Time**: 11:00 AM

[ X ] Defendant sworn, Financial Affidavit Filed  [ X ] granted [ ] denied
  The Defendant advises the Court that he has retained Brian Polinske. The Federal Public Defender is appointed for all further proceedings or until retained counsel enters an appearance.
[ X ] Defendant waives reading of Indictment.    [ ] Indictment read to defendant
[ X ] Defendant advised of constitutional rights.    [X] Defendant advised of charges and penalties.
[ X ] Defendant arraigned on [X] Indictment    [ ] Information

[X] Plea:    [ ] Guilty as to Count(s) _____.
             [ X ] Not Guilty as to Count(s) 1, 2 and 3 _____.
             [ ] Nolo Contendere as to Count(s) _____.
[ X ] Order for Pretrial Discovery and Inspection entered, filed and distributed.
[ ] Final pretrial conference
[ X ] Jury Trial set 3/23/09 at 9:00 am before Chief Judge David R. Herndon.
[ ] Bond set  (Conditions as stated on Order Setting Conditions of Release.)
[ X ] Detention hearing set January 28, 2009 at 2:00 pm before Judge Proud.
[ X ] Defendant remanded to custody of U.S. Marshal.
[ ] Order of Detention previously entered to remain in full force and effect.
  The Court request the Federal Public Defender notify attorney Polinske of the detention hearing date.

[ **X** ] Date of arrest 1/22/09
*[ X ] No further notice will be given