# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23

IN UNITED STATES ☑ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

USA vs. Larry A. Bechel

FOR Southern District of Illinois
E. St. Louis

FILED JAN 22 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

PERSON REPRESENTED: Larry A. Bechel

1 ☑ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

LOCATION NUMBER:

DOCKET NUMBERS
District Court: 09-CR-3009-DRH

CHARGE/OFFENSE: ☑ Felony ☐ Misdemeanor
18 USC 2251(c)(1)(B), 2252A(a)(1), 2252(a)(5)(B)

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
- Name and address of employer: retired from Olin, machinist
- IF NO, give month and year of last employment: 08/06
- How much did you earn per month: $?
- If married is your Spouse employed? ☐ Yes ☐ No

**OTHER INCOME**
- Received: $796 — Retirement A received each month
- $1729 — Social Security A received each month

**CASH**
- Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No
- IF YES, state total amount: $22,000.00

**PROPERTY**
- Value $80,000 — 529 N 2nd, Woodriver, IL
- $10,000 — 2004 F-150
- $10,000 — 2 motorcycles, 3 scooters

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- Marital Status: ☑ Separated or Divorced
- Total No. of Dependents: 0

**DEBTS & MONTHLY BILLS**
| Creditors | | Total Debt | Monthly Payt. |
|---|---|---|---|
| Apartment or Home: 529 N 2nd, Woodriver, IL | utilities | $ | $200.00 |
| | phone bill | $ | $80.00 |
| | payments on 4 wheeler | $ | $150.00 |
| | cable | $ | $100.00 |

I certify the above to be correct.

SIGNATURE OF DEFENDANT: Larry Bechel  01-22-09