# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | NO. 09-30007-DRH |
| ) | |
| LARRY A. BECHEL, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

It is hereby found that the defendant is financially unable to obtain counsel, is in need of counsel, and is entitled to the appointment of counsel.

**WHEREFORE**, the Court hereby appoints the Federal Public Defender for the Southern District of Illinois to represent the defendant for all proceedings.

**Dated:** January 22, 2009

S/ Clifford J. Proud
**U.S. MAGISTRATE JUDGE**
**CLIFFORD J. PROUD**