**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 09-CR-30007-DRH ) |
| LARRY BECHEL, | ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Comes now attorney, John D. Stobbs II, and hereby enters his appearance as retained counsel for the above named Defendant. Please send copies of all Notices, Orders, correspondence, etc., to the undersigned.

            LARRY BECHEL

            STOBBS LAW OFFICES

BY:
            /s/ John D. Stobbs, II
            John D. Stobbs II, NO. 06206358
            Attorney for Defendant
            307 Henry St. Suite 211
            Alton, Illinois 62002
            Telephone: (618)462-8484
            FAX: (618)462-8585
            Email: stobbsjohn@hotmail.com

# CERTIFICATE OF SERVICE

      I hereby certify that on <u>January 23, 2009</u> a copy of the attached *Entry of Appearance* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Angela Scott
Assistant U.S. Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208

STOBBS LAW OFFICES

/s/John D. Stobbs, II
307 Henry St. Suite 211
Alton, Illinois 62002