IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.09-30007-DRH |
| | ) |
| LARRY A. BECHEL, | ) |
| | ) |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Stephen C. Williams, Assistant Federal Public Defender for the Southern District of Illinois, and moves this Court to allow him to withdraw as counsel of record for Defendant, Larry A. Bechel, in the above-referenced matter. Defendant Bechel has retained private counsel who has entered an appearance in this case.

WHEREFORE, Attorney Stephen C. Williams prays that this Court grant his Motion to Withdraw as Counsel.

Respectfully submitted,

/s/Stephen C. Williams
STEPHEN C. WILLIAMS
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT
LARRY A. BECHEL

## CERTIFICATE OF SERVICE

       The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon Angela Scott, Assistant United States Attorney, Southern District of Illinois, Nine Executive Drive, Suite 300, Fairview Heights, Illinois 62208 via electronic filing with the Clerk of Court using the CM/ECF system this 23rd day of January, 2009.

                                            /s/Stephen C. Williams  
                                            Stephen C. Williams