IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LARRY BECHEL,

Defendant.                                                          No. 09-30007-DRH

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Defendant's motion to extend time to file pre-trial motions (Doc. 12). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **ALLOWS** Bechel up to and including March 15, 2009 to file pre-trial motions.

**IT IS SO ORDERED.**

Signed this 23rd day of January, 2009.

/s/     David R Herndon
**Chief Judge**
**United States District Court**