IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LARRY BECHEL,

Defendant.                                              No. 09-30007-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is attorney Steve Williams' motion to withdraw as counsel (Doc. 13 ). Today, attorney John Stobbs entered his appearance on behalf of Bechel (Doc. 11). Thus, the Court **GRANTS** the motion. .

**IT IS SO ORDERED.**

Signed this 23rd day of January, 2009.

/s/    David R Herndon
**Chief Judge**
**United States District Court**