# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 09-CR-30007-DRH ) |
| LARRY BECHEL, | ) ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO CONTINUE MARCH 23, 2009 TRIAL

Comes now Defendant, by his attorney, John D. Stobbs II, and for his Motion to Continue March 23, 2009 Trial states:

1. Trial in this matter is presently set for March 23, 2009.

2. Defendant has been given until March 15, 2009 to file pre-trial Motions.

3. The undersigned will be in trial before the Honorable J. Phil Gilbert on April 6, 2009 in the matter of *U.S.A. v. Prince*.

4. Said trial involves over 40,000 documents. As such the undersigned will spend the bulk of his time from now until March 6, 2009 preparing for the *Prince* trial.

5. The undersigned is a solo practitioner and it would be very difficult to be prepared for trial in this matter on March 23, 2009.

6. The undersigned spoke earlier this date with Assistant U.S. Attorney Scott who does not object to a continuance herein.

WHEREFORE, Defendant requests that the March 23, 2009 trial be continued.

LARRY BECHEL

STOBBS LAW OFFICES

BY:
    /s/ John D. Stobbs, II
John D. Stobbs II, NO. 06206358
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002
Telephone:  (618)462-8484
FAX:  (618)462-8585
Email: stobbsjohn@hotmail.com

# CERTIFICATE OF SERVICE

      I hereby certify that on <u>January 23, 2009</u> a copy of the attached *Defendant's Motion to Continue March 23, 2009 Trial* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

      Ms. Angela Scott
Assistant U.S. Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208

STOBBS LAW OFFICES

/s/John D. Stobbs, II
307 Henry St. Suite 211
Alton, Illinois 62002