IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**LARRY BECHEL,**

**Defendant.**  No. 09-30007-DRH

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's January 23, 2009 motion to continue March 23, 2009 trial (Doc. 16). Defendant's counsel maintains that he needs additional time to prepare for trial due to his current trial schedule. The Government does not object to a continuance. The Court being fully advised in the premises finds that Defendant's counsel needs more time to prepare for trial. To force the Defendant to trial without sufficient time to prepare would be a manifest miscarriage of justice. Further, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Therefore, the Court **GRANTS** Defendant's January 23, 2009 motion to continue March 23, 2009 trial (Doc. 16). The Court **CONTINUES** the jury trial scheduled for March 23, 2009 to **Monday, May 11, 2009 at 9:00 a.m.** The time from the date the original motion was filed, January 23, 2009, until the date to which the trial is rescheduled, May 11, 2009, is excludable time for the purposes of speedy

trial. Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance. Further, the parties shall notify the Court if a change of plea hearing is necessary.

**IT IS SO ORDERED.**

Signed this 26th day of January, 2009.

/s/ David R Herndon
**Chief Judge**
**United States District Court**