☙AO 442  (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern   District of   Illinois

UNITED STATES OF AMERICA

V.

Larry A. Bechel

**WARRANT FOR ARREST**

Case Number: 09-30007-DRH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Larry A. Bechel___
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with (brief description of offense)
Ct. 1 Sexual Exploitation of a Minor
Ct. 2 Transportation of Child Pornography
Ct. 3 Possession of Child Pornography

*(stamp: SOUTHERN DIST. ILLINOIS E. ST. LOUIS, IL  2009 JAN 22 AM 9: 34)*
*(stamp: RECEIVED UNITED STATES MARSHAL)*

☒ in violation of Title __18__ United States Code, Section(s) __2251(c)(1)(B); 2252A(a)(1); 2252A(a)(5)(B)__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Keenan G. Casady | *(signature)* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | 01/21/2009    East St. Louis, IL |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED 1/21/09 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/22/09 | Aaron Chapman S/A ICE | W. Winston |