UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DATE:**  February 3, 2009
**PLACE:** East St. Louis, IL                **TIME:** 2:00 p.m. to 3:00 p.m.
**PRESIDING:**              Hon. Donald G. Wilkerson
**COURT REPORTER:**         Daveanna Ramsey and FTR
**COURTROOM DEPUTY:**       Jackie Payton

**PROCEEDING:** Detention Hearing

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. **09-cr-30007-DRH** |
| ) | |
| **LARRY A. BECHEL,** ) | |
| ) | |
| Defendant. ) | |

Attorney for Plaintiff:          Attorney for Defendant:
Angela Scott                     John D. Stobbs II

## MINUTES

Court takes judicial notice of the factual portion of the Pre-Trial Service report prepared by the U.S. Probation Office. Government proceeded by way of proffer. ICE Agent Aaron Chapman called by the Government to testify. **Government is ordered to produce the Grand Jury testimony of ICE Agent Aaron Chapman**. Defendant requests medical services. Court notes Mr. Bechel was seen by medical personnel on 2/2/09 and continues to receive medical treatment through the U.S. Marshal Service.

Defendant remanded to the custody of the U.S. Marshal Service until his trial date scheduled for 5/11/09 at 9:00 AM before Chief Judge David R. Herndon in East St. Louis, IL.