**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-CR-30007-DRH |
| ) | |
| LARRY BECHEL, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO EXTEND TIME TO FILE MOTIONS AND TO CONTINUE MAY 11, 2009 TRIAL

Comes now Defendant, by his attorney, John D. Stobbs II, and for his Motion to Extend Time to File Motions and to Continue May 11, 2009 Trial states:

1. The alleged victim in this case resides in Canada.

2. The Canadian authorities have a parallel investigation involving this incident. As such Canadian investigative reports have been or are being prepared.

3. The undersigned spoke with Assistant U.S. Attorney Scott earlier today who indicated that to date she has not received this discovery from the Government.

4. Ms. Scott indicated that she has requested this discovery from the Canadian authorities and does not expect to receive the discovery in the near future.

5. The undersigned has previously had cases emanating from Canada and knows that getting discovery from Canadian authorities is grueling.

6. The undersigned recently met with Defendant who is 62 years old and who in 2008 had a stroke and had stents placed in his heart. Defendant was not sharp whatsoever and did not seem to have a grasp as to what was transpiring in his case. Defendant indicated that the doctor for the Perry County Jail changed his medications from those that were previously given to him by his private doctor. The undersigned is endeavoring to procure Defendant's medical records so that the situation can be discussed with the U.S. Marshal.

1

7. The undersigned intends to file Motions in this case including a Motion to Suppress and perhaps Motions attacking the validity of the Adam Walsh Act. Before filing these Motions he wants to ensure that he has all discovery he is entitled to as well as having a client who is fully aware of the charges against him.

8. Assistant U.S. Attorney Scott indicated that she did not object to additional time being given to file Motions nor to a continuance of the trial.

9. Realistically, the undersigned does not envision receiving all of the discovery, meeting with his client and filing Motions until May at the earliest.

10. 18 USC Section 3161(h)(8) authorizes the trial judge to grant a continuance if "'the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial."

WHEREFORE, Defendant requests that this Honorable Court enter an Order finding that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial and to extend the time to file Motions to May 31, 2009 and to continue the trial until July 6, 2009.

      LARRY BECHEL

      STOBBS LAW OFFICES

BY:
      /s/ John D. Stobbs, II
      John D. Stobbs II, NO. 06206358
      Attorney for Defendant
      307 Henry St. Suite 211
      Alton, Illinois 62002
      Telephone: (618)462-8484
      FAX: (618)462-8585
      Email: stobbsjohn@hotmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on <u>March 5, 2009</u> a copy of the attached *Motion to Extend Tim to File Motions and Continue May 11, 2009 Trial* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Angela Scott
Assistant U.S. Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208

                                       STOBBS LAW OFFICES

                                       /s/John D. Stobbs, II
                                       307 Henry St. Suite 211
                                       Alton, Illinois 62002