IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**LARRY BECHEL,**

**Defendant.**  No. 09-30007-DRH

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's March 5, 2009 motion to extend time to file motions and to continue May 11, 2009 trial (Doc. 21). Defendant's counsel maintains that he needs additional time to receive discovery, to file motions based and to explore Bechel's mental capacity. The Government does not object to an extension of time to file motions or a trial continuance. The Court being fully advised in the premises finds that Defendant's counsel needs more time to receive discovery, to file motions and to ensure that Bechel is aware of the nature of the charges against him. Further, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Therefore, the Court **GRANTS** Defendant's March 5, 2009 motion to extend time to file motions and to continue May 11, 2009 trial (Doc. 21). The Court **ALLOWS** Bechel up to and including May 31, 2009 to file motions. Further, the

Court **CONTINUES** the jury trial scheduled for May 11, 2009 to **Monday, July 13, 2009 at 9:00 a.m.** The time from the date the original motion was filed, March 5, 2009, until the date to which the trial is rescheduled, July 13, 2009, is excludable time for the purposes of speedy trial. Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance. The parties shall notify the Court if a change of plea hearing is necessary.

        **IT IS SO ORDERED.**

        Signed this 6th day of March, 2009.

        /s/ *DavidRHerndon*
        **Chief Judge**
        **United States District Court**