## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 09-CR-30007-DRH ) |
| LARRY BECHEL, | ) ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO ALLOW PRESENTENCE INVESTIGATION REPORT TO BE CONDUCTED PRIOR TO "GUILTY" PLEA

Comes now Defendant, by his attorney, John D. Stobbs II, and for his Motion to Allow Presentence Investigation Report to Be Conducted Prior to "Guilty" Plea states:

1. Defendant is filing this date a Motion to Continue July 13, 2009 Trial.

2. Defendant and the Government have conducted non-binding plea negotiations and hope to finalize a Plea Agreement in the near future.

3. Recently, the undersigned and Assistant U.S. Attorney Scott discussed the Guideline applications to Mr. Bechel's case and while fairly certain of where Mr. Bechel falls in the Guidelines, both parties feel it is in their respective interests to have a Presentence Investigation Report prepared prior to Defendant's Change of Plea.

4. Court resources will be preserved because by allowing the preparation of a Presentence Investigation Report prior to a Change of Plea, there would not be a contested sentencing. As such Defendant would be able to waive his right to appeal without having to worry that the PSR will come in much higher than what is contained in the Plea Agreement.

5. Once a Plea Agreement is concluded the undersigned will notify this Honorable Court.

WHEREFORE, Defendant requests that this Honorable Court direct the United States Probation Office to conduct a Presentence Investigation Report prior to a Change of Plea.

LARRY BECHEL

STOBBS LAW OFFICES

BY:
    /s/ John D. Stobbs, II
John D. Stobbs II, NO. 06206358
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002
Telephone:  (618)462-8484
FAX:  (618)462-8585
Email: stobbsjohn@hotmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that on <u>May 13, 2009</u> a copy of the attached *Motion to Allow Presentence Investigation Report to Be Conducted Prior to "Guilty" Plea* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

                        Ms. Angela Scott
                      Assistant U.S. Attorney
                      Nine Executive Drive
                 Fairview Heights, Illinois 62208

                                                                       STOBBS LAW OFFICES

                                                                       /s/John D. Stobbs, II
                                                                       307 Henry St. Suite 211
                                                                       Alton, Illinois 62002