IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LARRY BECHEL,

Defendant.                                    No. 09-30007-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's motion to allow presentence and investigation report be conducted prior to "guilty" plea (Doc. 26). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **ORDERS** the United States Probation Office to prepare a pre-plea presentence investigation report in this matter.

**IT IS SO ORDERED.**

Signed this 13th day of May, 2009.

/s/        David R Herndon

**Chief Judge
United States District Court**