IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**LARRY BECHEL,**

**Defendant.** **No. 09-30007-DRH**

### MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's sealed May 13, 2009 motion to continue July 13, 2009 trial (Doc. 25). The Government does not object to a continuance. Based on the reasons stated in the motion, the Court finds that a continuance is warranted. Further, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Therefore, the Court **GRANTS** Defendant's sealed May 13, 2009 motion to continue July 13, 2009 trial (Doc. 25). The Court **CONTINUES** the jury trial scheduled for July 13, 2009 to **Monday, November 2, 2009 at 9:00 a.m.** The time from the date the original motion was filed, May 13, 2009, until the date to which the trial is rescheduled, November 2, 2009, is excludable time for the purposes of speedy trial. Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the

trial of this case, a writ should be requested at least two months in advance. Further, the parties shall notify the Court if a change of plea hearing is necessary.

**IT IS SO ORDERED.**

Signed this 13th day of May, 2009.

/s/     *DavidRHerndon*

**Chief Judge
United States District Court**