**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 09-CR-30007-DRH |
| | ) |
| LARRY BECHEL, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S SECOND MOTION TO
EXTEND TIME TO FILE PRETRIAL MOTIONS**

Comes now Defendant, by his attorney, John D. Stobbs II, and for his Second Motion to Extend Time to File Pretrial Motions states:

1. The Honorable Court previously allowed Defendant until May 28, 2009 in which to file Pretrial Motions.

2. Because it appears that this case will be amicably resolved, this Honorable Court granted Defendant's Motion to Continue July 13, 2009 Trial and has set the trial date in this matter for November 2, 2009.

3. In the unlikely event that Defendant desires to file Motions he does not want to be precluded from doing so by allowing the May 28, 2009 date pass and as such would request that the date to file Pre Trial Motions be extended to September 1, 2009.

4. By September 1, 2009 all matters should be resolved and there will be no need to file Pretrial Motions.

1

WHEREFORE, Defendant request that this Honorable Court grant his Motion and allow him til September 1, 2009 to file Pretrial Motions.

                                  LARRY BECHEL

                                  STOBBS LAW OFFICES

BY:

                /s/ John D. Stobbs, II
John D. Stobbs II, NO. 06206358
Attorney for Defendant
307 Henry St. Suite 211
Alton, Illinois 62002
Telephone: (618)462-8484
FAX: (618)462-8585
Email: stobbsjohn@hotmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2009 a copy of the attached *Second Motion for Extension of Time File Pretrial Motions* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

      Ms. Angela Scott
      Assistant U.S. Attorney
      Nine Executive Drive
      Fairview Heights, Illinois 62208

      STOBBS LAW OFFICES

      /s/John D. Stobbs, II
      307 Henry St. Suite 211
      Alton, Illinois 62002