# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**LARRY BECHEL,**

**Defendant.**          No. 09-30007-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's second motion to extend time to file pretrial motions (Doc. 29). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **ALLOWS** Defendant up to and including September 1, 2009 to file pretrial motions.

**IT IS SO ORDERED.**

Signed this 20th day of May, 2009.

/s/    David R Herndon
**Chief Judge**
**United States District Court**