United State District Court
750 Missouri Ave
East St. Louis, IL 62208

FILED

OCT 19 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

The people of the U.S.A. |

          Plaintiff          |

V.                           |          No. 09-CR-30007-DRH
                             |
Larry Bechel                 |
529 N. 2nd St.               |
Wood River, IL               |
        62095                |
                             |
          Defendant          |

Comes now the defendant Larry Bechel prose with a motion unlimited to petition the honorable court in said matters.

1. Violation of my 6th Admendment Rights to face my accuser.

2. Violation of my Amanda Rights

3. Infective Counsel

4. Speedy Trial  7-28-06, 10-7-09

5. Court using police statements that where never proven against me as fact from any court of law

6. Counsel filed motions on behalf of me without written, oral, present consent.

7. Denied proper medical care

8. BP-9 Form to file for medical services to keep me healthy that were never done.

9. Violation to provide me with a law library to provide me with adequate case law or laws to defend my self.

10. Suppress the statements or evidences used by the ICE agents against me because of I was recovering from a stroke (4-08) and didn't realize what was happening to me, and still having medical problems todate.

10. continued.

Agent Chapman tricked me and lied to me at that time to get the evidence or statements he needed.

Due to all of the violation of my constitution rights — I request the court that all charges be dismissed immediately against me including State of Illinois charges also.

10-8-09

*Larry Beckel*

"OFFICIAL SEAL"
DEBORAH CLUCK
NOTARY PUBLIC—STATE OF ILLINOIS
MY COMMISSION EXPIRES SEPT. 1, 2010

*Deborah Cluck*