United State District Court
750 Missouri Ave
East St. Louis, IL 62208

The People of the U.S.A.,

  Plaintiff

V.

Larry Bechel
529 N. 2nd St.
Wood River, IL
       62095

  Defendant

No. 09-CR-30007-DRH

FILED
OCT 19 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT ILLINOIS
EAST ST. LOUIS OFFICE

Comes now the defendant Larry Bechel prose with a motion unlimited to petition the honorable court in said matters

1. Motion of Discover to have all so-called evidence against me.

2. Motion to have said minuted from the grand jury indictment.

3. Motion to have information taken from my computer that the 2 ICE agent tricked me into giving them because of my stroke and used against me. Suppress all information taken, used against me, and give back all information.

4. Motion to dismiss all charges against me immediately. Federal and state charges. And reimburse me for all of the finance loses that have incurred. Plus financial lost of emtional disstress incurred.

5. United States Bill of Rights prohibits excessive bail. Why do I have no bail, this is a violation.

6. United States Bill of Rights forbid "Cruel and unusual punishment"
15 to 20 years = Death Sentence for me and my Federal Lawyer sent me a letter stating that the time is Cruel punishment, when the State was going to give me probation. This is a violation.

Due to all of the violation of my Constitution Rights. I request the court that all charges be dismissed immediately against me including State of Illinois charges also

Larry Bechel
Clinton County Jail
810 Franklin Ave
Carlyle, IL 62231

10-12-09
Larry Bechel

