# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 09-CR-30007-DRH ) |
| LARRY BECHEL, | ) ) |
| Defendant. | ) |

## MOTION TO DETERMINE STATUS OF REPRESENTATION

Comes now attorney John D. Stobbs II, and for his Motion to Determine Status of Representation states:

1. Defendant recently filed *pro se* a Motion to Dismiss and a Motion to Suppress.

2. These Motions were apparently drafted by Defendant subsequent to the undersigned meeting with Defendant to discuss the Plea Agreement and Stipulation of Facts which Defendant ultimately signed.

3. Prior to signing the Plea Agreement and Stipulation of Facts, Defendant participated in a Presentence Investigation Report interview. During said interview Defendant made statements which could conceivably be used against him if he were to go to trial.

4. Prior to the PSR being prepared, Defendant cooperated with the Government and participated in several interviews with law enforcement, which has resulted in a Motion under United States Sentencing Guideline Section 5K1.1 being filed.

5. Defendant is a 62 year old man who faces a sentence of approximately 20 years in jail before this Honorable Court considers 3553(a) factors and the 5K1.1 Motion.

6. The undersigned feels that he and Defendant have developed a good relationship in this case and believes that Defendant does not fully understand the impact of the *pro se* Motions he filed.

1

7. The undersigned is ***not*** asking to withdraw from representation of Defendant. Because Defendant claims ineffective assistance of counsel in one of his Motions, the undersigned believes it is prudent for this Honorable Court to determine what Defendant's complaints are.

8. A change of plea/sentencing is set for October 29, 2009. The undersigned would suggest that Defendant's Motions and this Motion be taken up at that time and then determine whether or not Defendant still desires to change his plea and be sentenced on October 29, 2009.

WHEREFORE, the undersigned requests that this Honorable Court conduct a Hearing to determine if the undersigned is still able to represent Defendant.

                          LARRY BECHEL

                          STOBBS LAW OFFICES

BY:
      /s/ John D. Stobbs, II
      John D. Stobbs II, NO. 06206358
      Attorney for Defendant
      307 Henry St. Suite 211
      Alton, Illinois 62002
      Telephone: (618)462-8484
      FAX: (618)462-8585
      Email: stobbsjohn@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2009 a copy of the attached *Motion to Determine Status of Representation* was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Angela Scott
Assistant U.S. Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208

STOBBS LAW OFFICES

/s/John D. Stobbs, II
307 Henry St. Suite 211
Alton, Illinois 62002