**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**LARRY BECHEL,**

**Defendant.**                                                                 **No. 09-30007-DRH**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's motion to determine status of representation (Doc. 36). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **SETS** this matter for hearing on October 29, 2009 at 10:30 a.m.[1] Further, the Court **STRIKES** Defendant's pro se October 19, 2009 motions (Docs. 34 & 35). *See Johnson v. United States*, **196 F.3d 802, 805 (7th Cir. 1999)("A district court is entitled to insist that a represented party file papers only through counsel.")**. The Court **DIRECTS** the Clerk of the Court to accept only pleadings that are filed by attorney Mr. Stobbs on behalf of Bechel.

**IT IS SO ORDERED.**

Signed this 20th day of October, 2009.

/s/        David R. Herndon

**Chief Judge
United States District Court**

---

[1]As the parties are aware, this matter is also set for a change of plea and sentencing on October 29, 2009. Obviously the outcome of the motion to determine status of representation will determine whether the change of plea and sentencing will be held at that time.