# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| -vs-  ) | No. 09-CR-30007-DRH-01 |
| ) | |
| LARRY BECHEL,  ) | |
| ) | |
| Defendant.  ) | |

## MINUTES OF HEARING TO DETERMINE STATUS OF COUNSEL

**PRESIDING:** Chief Judge David R. Herndon

**DATE:** October 29, 2009     **PLACE:** East St. Louis, Illinois

**COURT REPORTER:** Laura Blatz     **COURTROOM DEPUTY:** Debbie DeRousse

**COUNSEL FOR GOVERNMENT:** Angela Scott.AUSA

**COUNSEL FOR DEFENDANT:** John D. Stobbs, II     **TIME:** 12:00 PM - 01:00 PM

---

Defendant appears in open court with counsel. Court discusses Motion filed at document #36 (Motion to determine status of representation) with counsel and defendant Bechel, out of the presence of the Government. Court advises defendant that he has a right to retain other counsel if he desires. Defendant informs court that he has no desire to retain different counsel. Court inquires as to additional time is needed for the defense. Defense counsel advises the court if this case is continued on other motions and does not proceed with Change of Plea and sentencing he may need to file a motion to withdraw from this case. Defense counsel request continuance to determine the status of case.

Court finds failure to grant continuance on the defendant's motion is likely to result in a miscarriage of justice. The Court finds the ends of justice to be served by continuing the trial on the defendant's motion out weigh the best interest of the defendant and the public in a speedy trial and the Court GRANTS a continuance.

A new trial date will be set and all parties notified.