United States District Court
750 Missouri Ave
East St. Louis, IL  62208

The People of the U.S.A. |
                        |
    Plaintiff            |   FILED
                        |   NOV 19 2009
                        |   CLERK, U.S. DISTRICT COURT
                        |   SOUTHERN DISTRICT OF ILLINOIS
                        |   EAST ST. LOUIS OFFICE
V.                      |   No. 09-CR-30007-DRH
                        |
Larry Bechel            |
529 N. 2nd St.          |
Wood River, IL          |
       62095            |
                        |
    Defendant           |

    Comes now the Defendant Larry Bechel prose with a motion unlimited to petition the honorable court in said matters.

1. NEED NEW LAWYER. FEDERAL LAWYER QUIT - RESIGNED ON ABOUT 11-3-09.

   STATE LAWYER REFUSES TO TALK TO ME, CALL ME OR ACKNOWLEDGE THAT I AM ALIVE.

   CAN'T AFFORD ANOTHER ONE NOW, SPENT $65,000.00 ALREADY ON LAWYERS AND BOND.

   SO APPOINT ME ONE PUBLIC DEFENDER WHO IS NOT SCARED TO FIGHT FOR ONE'S LIFE, LIKE MINE.

2. I WANT INTERNAL AFFAIRS OR FBI TO INVESTIGATE MY SIDE OF THE STORY THAT HAS "NEVER" BEEN TOLD.

   THE WOOD RIVER POLICE STATEMENTS ARE BEING USED AGAINST ME BUT "NEVER" CHECKED OUT TO SEE IF THEY ARE TRUE OR NOT.

   STATEMENTS ARE BEING MADE AGAINST ME AND THOSE SAME PEOPLE WHO MADE THEM HAVE COMMITTED CRIMES ALSO BUT THE WOOD RIVER POLICE ARE DOING NOTHING TO THEM.

2 cont.     STATEMENTS ARE BEING MADE AGAINST ME THAT THE PERSON "LIED" TO THE WOOD RIVER POLICE BUT "NEVER" CHECKED OUT TO SEE IF TRUE OR NOT.

This is nothing but A "NEW EONGLAND WITCH HUNT". PERIOD.

3.     WOOD RIVER POLICE HAVE BEEN TRYING TO FRAME ME FOR YEARS. WOOD RIVER AND EAST ALTON POLICE "BEAT" AND "TASERED" MY BROTHER LIKE THE RODNEY KING BEATING AND I WANT SOMETHING DONE. THERE ARE MANY WITNESS TO THE BEATING.

HIS LAWYER REFUSED TO DO ANYTHING ABOUT IT. HE IS AFRAID OF THE WOOD RIVER POLICE.

ENOUGH IS ENOUGH WITH THE WOOD RIVER POLICE ABUSING MY FAMILY. OTIS STEWARD HAS BEEN AT THE HEART OF THE ABUSE AND ABUSING HIS POWERS AS A POLICE OFFICER AND ASSIST POLICE CHIEF OF WOOD RIVER POLICE, ILLINOIS 62095.

WHO POLICES THE POLICE ???

4. Wood River Police Assist Chief Otis Steward and Agent Chapman of ICE teamed up together. Agent Chapman tricked me and lied to me to get what he calls a confession.

I had a stroke 4-08 and was really suffering from it. Still suffering and "very-very" easy to confuse me, which he did.

Agent Chapman "lied" to the grand jury.

He is suppose to protect and serve not "Lie and Convict"

I want the Wood River Police and Agent Chapman investigated

5. Many to all of my Constitution Rights and Civil Rights have been violated.

6. I want to be released immediately from jail with no restrictions until court date and/or my story is checked out to see the abuse I have already suffered.

   I was out on Bond already, and not running, but showing up for all court dates.

7. Due to all of the violation of my Constitution Rights - I request the court that all charges be dismissed immediately against me including State of Illinois charges also.

LARRY BECHEL
Clinton County
810 Franklin Ave
Carlyle, IL
   62231

11-12-09
Larry Bechel



"OFFICIAL SEAL"
DEBORAH CLUCK
NOTARY PUBLIC—STATE OF ILLINOIS
MY COMMISSION EXPIRES SEPT. 1, 2010