# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 09-CR-30007-DRH |
| LARRY BECHEL, | ) |
| Defendant. | ) |

## RESPONSE TO DEFENDANT'S REQUEST TO APPOINT NEW COUNSEL

Comes now attorney, John D. Stobbs II, and in Response to Defendant's Request to Appoint New Counsel states:

1. Defendant obviously has a Sixth Amendment Right to Counsel.

2. Normally, the undersigned would not respond to a Motion to Appoint New Counsel, but this is a unique case in a myriad of ways.

3. The undersigned and Mr. Bechel have always gotten along well as witnessed in the Hearing on Motion to Determine Status of Representation.

4. The undersigned perceives a possible conflict of interest insofar as Defendant made inculpatory statements to the Probation Officer during the course of the interview to prepare the Presentence Investigation Report. It is the undersigned's belief that there is no basis to suppress the statements.

5. The undersigned would be a witness if the probation were called as a witness during trial.

6. The undersigned has apprised Defendant of the foregoing and advised Defendant that it was his decision as to whether or not he wanted the undersigned to continue as his attorney.

7. The undersigned is unsure what Defendant means when he says "federal lawyer

1

quit, resigned on about 11-3-09." Perhaps it is the conversation mentioned in paragraph 5 above.

8. The undersigned does not believe that there has been a complete breakdown in the attorney/client relationship, but again, it is Defendant's decision to make.

WHEREFORE, the undersigned requests that Defendant's Motion to Appoint New Counsel be set for a Hearing.

>LARRY BECHEL
>
>STOBBS LAW OFFICES
>
>BY:
>/s/ John D. Stobbs, II
>John D. Stobbs II, NO. 06206358
>Attorney for Defendant
>307 Henry St. Suite 211
>Alton, Illinois 62002
>Telephone: (618)462-8484
>FAX: (618)462-8585
>Email: stobbsjohn@hotmail.com

Signature of the foregoing document is also certification that the foregoing was filed electronically with the Clerk of the United States District Court for the Southern District of Illinois to be served by operation of the Court's electronic filing system upon Assistant United States Attorney, Ms. Angela Scott this 20th day of November, 2009.