IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 09-CR-30007-01-DRH |
| ) | |
| LARRY BECHEL, ) | |
| ) | |
| Defendant. ) | |

**MINUTES OF HEARING ON MOTION TO APPOINT COUNSEL**

**PRESIDING: Chief Judge David R. Herndon**

**DATE: November 30, 2009**        **PLACE: East St. Louis, Illinois**

**COURT REPORTER: Laura Blatz**        **COURTROOM DEPUTY: Sandy Pannier**

**COUNSEL FOR GOVERNMENT: Angela Scott, AUSA**

**COUNSEL FOR DEFENDANT: John Stobbs, II**        **TIME: 11:00 AM - 11:55 AM**

---

       Matter set on defendant's pro se motion requesting withdrawal of counsel. Mr. Stobbs advises Court he believes there may be a conflict of interest in him representing the defendant in this case. Court places defendant under oath to answer questions regarding his financial status. Court also reviews Presentence Report.

       Court finds defendant is unable to afford counsel and Court will appoint counsel for the defendant. Defendant's Motion for Withdrawal of Mr. Stobbs and Motion for New Counsel are both **GRANTED.**