IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**LARRY BECHEL,**

**Defendant.** No. 09-30007-DRH

## ORDER

**HERNDON, Chief Judge:**

      Yesterday, the Court held a hearing on Bechel's pro se motion to appoint new counsel (Doc. 44). Attorney John Stobbs filed a response agreeing that Bechel should have new counsel because there may be a conflict of interest (Doc. 45). Based on the arguments, the Court relieved Mr. Stobbs of his duty to represent Bechel. Thereafter, the Court placed Bechel under oath to determine his financial status as Bechel retained Mr. Stobbs as counsel and Bechel wanted the Court to appoint him counsel. After questioning Bechel, the Court found Bechel indigent. Therefore, the Court **APPOINTS** attorney Mr. James A. Gomric, 6 East Washington, Belleville, Illinois 62220, to represent Bechel in this matter. The Court **REMINDS** the parties that this case is set for jury trial on May 3, 2010.

      **IT IS SO ORDERED.**

      Signed this 1st day of December, 2009.

/s/ David R Herndon

**Chief Judge**
**United States District Court**