IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 09-30007-DRH |
| | ) | |
| LARRY A. BECHEL, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S NOTICE TO THE COURT**

Comes now the United States of America, by and through its attorneys, A. Courtney Cox, United States Attorney for the Southern District of Illinois, and Angela Scott, Assistant United States Attorney for said District, and hereby files its notice to the Court that, upon further consideration, the Government has decided to produce the agent notes from the second interview of the victim to defense counsel and, therefore, the Government will not be submitting them for *in camera* review.

Respectfully submitted,

A. COURTNEY COX
United States Attorney

/s/   Angela Scott
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois  62208
(618) 628-3700  Telephone
(618) 628-3730  Facsimile
E-mail: angela.scott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 09-30007-DRH |
| | ) | |
| LARRY A. BECHEL, | ) | |
| | ) | |
| Defendant. | ) | |

**Certificate of Service**

I hereby certify that on March 24, 2010, I caused to be electronically filed **Government's Notice to the Court** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James Gomric, Esq.

                            Respectfully submitted,

                            A. COURTNEY COX
                            United States Attorney

                            /s/   Angela Scott
                            ANGELA SCOTT
                            Assistant United States Attorney
                            Nine Executive Drive
                            Fairview Heights, Illinois 62208
                            (618) 628-3700  Telephone
                            (618) 628-3730  Facsimile
                            E-mail: Angela.Scott@usdoj.gov