IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LARRY BECHEL,

Defendant.                                                        No. 09-30007-DRH

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is the Government's April 1, 2010 motion in limine (Doc. 62). A response from Defendant Bechel is not necessary as the law applicable to the Government's requests are clear. Based on the following, the Court **GRANTS** the Government's motion.

First, the Government moves to Court to preclude Defendant from defining or attempting to define reasonable doubt to the jury. The Court **GRANTS** this request. ***See United States v. Bruce*, 109 F.3d 323, 329 (7th Cir. 1997)("It is well established in this Circuit, however, that neither trial courts nor counsel should attempt to define 'reasonable doubt' for the jury.")**.

Second, the Government moves the Court to preclude Defendant from arguing any potential sentence to the jury. The Court **GRANTS** this request. ***See Shannon v. United States*, 512 U.S. 573, 579 (1994)("when a jury has no**

**sentencing function, it should be admonished to 'reach its verdict without regard to what sentence might be imposed.'"**).

Lastly, the Government moves to preclude the Defendant from presenting any argument or otherwise attempting to suggest the possibility of jury nullification. The Court **GRANTS** this request. *See Smith v. Winters*, 337 F.3d 935, 938 (7th Cir. 2003)("A Defendant has of course no right to ask the jury to disregard the judge's instructions('jury nullification')." (citing *Sparf* v. *United States*, 156 U.S. 51 (1895); *Gibbs v. VanNatta*, 329 F.3d 582, 584 (7th Cir. 2003); *United States v. Bruce*, 109 F.3d 323, 327 (7th Cir. 1997); *United States v. Manning*, 79 F.3d 212, 219 (1st Cir. 1996)).

Accordingly, the Court **GRANTS** the Government's April 1, 2010 motion in limine (Doc. 62).

**IT IS SO ORDERED.**

Signed this 5th day of April, 2010.

/s/  *DavidRHerndon*

**Chief Judge
United States District Court**