IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA. | ) |
| PLAINTIFF, | ) ) ) |
| VS. | ) NO. 09-CR-30007 ) |
| LARRY BECHEL, | ) ) |
| DEFENDANT. | ) |

### DEFENDANT'S MOTION FOR CONTINUANCE

Comes now Defendant, Larry Bechel, by his attorney, James A. Gomric of the lawfirm of O'Gara & Gomric, P.C. and prays that this Court enter an Order continuing the above case from its present setting and in support thereof states as follows:

1) That this matter has been set for trial on May 3, 2010.

2) That the current counsel has not previously requested a continuance of the above captioned case.

3) That the matter of USA VS. Marcus Powell was continued to a firm trial date of May 10, 2010.

4) That the currently scheduled trials of the Bechel and Powell matters in successive weeks will deprive counsel for the defendant of sufficient time to adequately prepare for either matter.

5) The discovery documents remain pending from the Canadian government.

6) Counsel for the defendant has attempted to contact the prosecution to ascertain its position in reference to this motion and is awaiting a response from the assigned Assistant United States Attorney.

7) That said continuance is not made for the purpose of delay, that the Government will not be prejudiced by this delay; and that good cause exists for this Court entering an Order allowing Defendant's Motion for Continuance and resetting this cause.

WHEREFORE, the Defendant Larry Bechel, prays that this matter be continued.

RESPECTFULLY SUBMITTED,

S/James A. Gomric
James A. Gomric
Attorney at Law
O'Gara & Gomric, P.C.
6 E. Washington
Belleville, IL. 62220
1-618-234-2788

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA. | ) |
|---|---|
| PLAINTIFF, | ) ) ) |
| VS. | ) NO. 09-30007 ) |
| LARRY BECHEL, | ) ) |
| DEFENDANT. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2010, I electronically filed Motion for Continuance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Angela Scott, Assistant U.S. Attorney

RESPECTFULLY SUBMITTED,

S/James A. Gomric
James A. Gomric
Attorney at Law
O'Gara & Gomric, P.C.
6 E. Washington
Belleville, IL. 62220
1-618-234-2788