IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 09-30007-DRH |
| | ) | |
| LARRY A. BECHEL, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Comes now A. Courtney Cox, United States Attorney for the Southern District of Illinois, and Stephen B. Clark, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

A. COURTNEY COX
United States Attorney


s/Stephen B. Clark
STEPHEN B. CLARK
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
Phone: 618-628-3700
Fax: 618-628-3730
E-Mail: Stephen.Clark@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 09-30007-DRH |
| | ) | |
| LARRY A. BECHEL, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2010, I caused to be electronically filed **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James a. Gomric, gomric@compu-type.net

                                                             Respectfully submitted,

                                                             A. COURTNEY COX
                                                             United States Attorney

                                                             s/Stephen B. Clark
                                                            STEPHEN B. CLARK
                                                            Assistant United States Attorney
                                                            Nine Executive Drive
                                                            Fairview Heights, IL 62208
                                                            Phone: 618-628-3700
                                                            Fax: 618-628-3730
                                                            E-Mail: Stephen.Clark@usdoj.gov