IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**LARRY BECHEL,**

**Defendant.**                                            No. 09-30007-DRH

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's April 19, 2010 motion for continuance (Doc. 65). Defendant's counsel maintains that due to his criminal trial schedule (successive trials -May 3, 2010 and May 10, 2010), he will not have sufficient time to adequately prepare for trial in either matter. Further, Defendant's counsel maintains that he is still awaiting discovery documents from Canada. The Government does not object to a continuance. The Court being fully advised in the premises finds that Defendant's counsel needs more time to prepare for trial. To force the Defendant to trial without sufficient time to prepare would be a manifest miscarriage of justice. Further, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Therefore, the Court **GRANTS** Defendant's April 19, 2010 motion for continuance (Doc. 65). The Court **CONTINUES** the jury trial scheduled for May 3,

2010 to **Monday, July 12, 2010 at 9:00 a.m.** The time from the date the original motion was filed, April 19, 2010, until the date to which the trial is rescheduled, July 12, 2010, is excludable time for the purposes of speedy trial.

Further, in continuing this trial, the Court also notes that Defendant was previously given twenty-one (21) days from the date of his arraignment in which to file pre-trial motions and complete discovery. According to a recent Supreme Court decision, ***Bloate v. United States*, No. 08-728, — S. Ct. —, 2010 WL 757660, at * 11 (2010)**, delays resulting from pre-trial motion preparation is not automatically excludable under **18 U.S.C. § 3161(h)(1)**, but requires case-specific findings under **18 U.S.C. § 3161(h)(7)**. *See Bloate*, **2010 WL 757660, at *5**. In light of the recent decision, the Court finds that the time granted to Defendant Bechel for preparation of pretrial motions and discovery was also excludable under **18 U.S.C. §3161(h)(7)(A)** as the justice served by the granting of such a continuance outweighed the best interests of the public and Defendant in a speedy trial. To force a Defendant to trial without adequate time to prepare would have constituted a miscarriage of justice. Therefore, for purposes of the Order issued January 22, 2009, granting Defendant twenty-one (21) days in which to complete discovery and file pre-trial motions (Doc. 7), the Court notes that the time from the arraignment, January 22, 2009, until the date on which the twenty-one days expired, February 12, 2009, is excludable time for the purposes of speedy trial.

Should either party believe that a witness will be required to travel on

the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 26th day of April, 2010.

/s/ David R Herndon

**Chief Judge
United States District Court**