IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 09-CR-30007-DRH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Title 18, United States Code, |
| | ) | Sections 2251(c)(1), 2251(c)(2)(B), |
| LARRY A. BECHEL, | ) | 2252(a)(1), and 2252(a)(4)(B) |
| | ) | |
| Defendant. | ) | |

## SUPERSEDING INDICTMENT



**THE GRAND JURY CHARGES:**

### COUNT 1

**SEXUAL EXPLOITATION OF A MINOR**

Between on or about February 29, 2004, and on or about March 7, 2004, in Madison County, within the Southern District of Illinois, and in the country of Canada, and elsewhere,

**LARRY A. BECHEL,**

defendant herein, did knowingly employ, use, persuade, induce, and entice a minor, S.K., to engage in any sexually explicit conduct outside the United States, its territories, and possessions, for the purpose of producing any visual depiction of such conduct, and did transport such visual depiction into the United States, its territories, and possessions – namely, into Madison County, Illinois – by any means, including by computer and mail; all in violation of Title 18, United States Code, Sections 2251(c)(1) and 2251(c)(2)(B).

## COUNT 2

### TRANSPORTATION OF DEPICTION OF MINOR ENGAGING IN SEXUAL EXPLICIT CONDUCT

On or about March 7, 2004, within Madison County, within the Southern District of Illinois, and elsewhere,

### LARRY A. BECHEL,

defendant herein, did knowingly transport in interstate and foreign commerce – that is, from the country of Canada to Madison County, Illinois – by any means, including by a computer, any visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct; all in violation of Title 18, United States Code, Section 2252(a)(1).

## COUNT 3

### POSSESSION OF MATTER CONTAINING DEPICTION OF MINOR ENGAGING IN SEXUALLY EXPLICIT CONDUCT

On or about July 28, 2006, within Madison County, Illinois, within the Southern District of Illinois,

### LARRY A. BECHEL,

defendant herein, did knowingly possess a matter – namely, a computer disk – which contained any visual depiction that had been shipped and transported in interstate and foreign commerce, and that was produced using materials which had been mailed, and shipped and transported in interstate and foreign commerce, by any means, including by computer, the production of which visual depiction

involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct; all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

**A TRUE BILL**

FOREPERSON

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

A. COURTNEY COX
United States Attorney

Recommended Bond: Detention