AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| United States of America<br>v.<br>LARRY A. BECHEL<br><br>_Defendant_ | )<br>)<br>)<br>)<br>) | Case No. 09-30007-DRH |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   LARRY A. BECHEL                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
   Count 1 - Sexual Exploitation of a Minor in violation of Title 18 United States Code 2251(c)(1) and 2251(c)(2)(B)
   Count 2 - Transportation of Depicition of Minor Engaging in Sexual Explicit Conduct in violation of Title 18 United States Code 2252(a)(1)
   Count 3 - Possession of Matter Containing Depiction of Minor Engaging in Sexually Explicit Conduct in violation of Title 18 United States Code 2252(a)(4)(B)

Date: 06/09/2010

_Issuing officer's signature_

City and state:   Benton, IL

NANCY J. ROSENSTENGEL, CLERK
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____.<br><br>Date: _____<br><br>_Arresting officer's signature_<br><br>_Printed name and title_ |