IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 09-cr-30007-DRH |
| | ) | |
| LARRY A. BECHEL, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S NOTICE OF ITS INTENT TO USE 404(B) EVIDENCE**

Comes now the United States of America, by and through its attorneys, and pursuant to Federal Rule of Evidence 404(b), hereby furnishes notice of its intent to use certain evidence in its case-in-chief.

Bechel is charged in the Superseding Indictment with three counts related to production, transportation, and possession of images of a minor engaging in sexually explicit activity, in violation of Title 18, United States Code, Sections 2251(c)(1), 2251(c)(2)(B), 2252(a)(1), and 2252(a)(4)(B).

On December 17, 2008, Bechel made a statement to Agents Aaron Chapman and John Taylor concerning his activities; in the statement, Bechel indicated that:

1. He met the minor ("SK") on the internet when she was 15 years old.

2. He became interested in having an intimate relationship with her.

3. He twice traveled to British Columbia, Canada, in 2004 or 2005 with the intention of having an intimate relationship with her.

4. On the second trip, he had sex with SK and took nude pictures of her on her sixteenth birthday.

5. He took the pictures with a digital camera, which he later brought back from Canada to Wood River, Illinois, where he downloaded the images, first onto a computer, and then from the computer onto a compact disk (CD), which was later recovered when agents exercised a search warrant in an unrelated case.

6. Bechel was only interested in an intimate relationship with SK, and as a result, they eventually stopped seeing each other.

Bechel's interest in SK for purpose of having an intimate relationship, his travel to Canada with the intention of having sex with her, and his having sex with SK in Canada are acts not charged in the Superseding Indictment, nor are they elements of the offenses charged; however, they constitute other-acts evidence admissible for the purposes of motive, opportunity, intent, preparation, and plan. The Government intends to introduce such evidence for these purposes.

Respectfully submitted,

A. COURTNEY COX
United States Attorney

s/Stephen B. Clark
STEPHEN B. CLARK
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
Phone: 618-628-3700
Fax: 618-628-3730
E-Mail: Stephen.Clark@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 09-cr-30007-DRH |
| | ) | |
| LARRY A. BECHEL, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2010, I caused to be electronically filed

**GOVERNMENT'S NOTICE OF ITS INTENT TO USE 404(B) EVIDENCE**

using the CM/ECF system which will send notification of such filing to the following:

James Gomric, gomric@compu-type.net

    Respectfully submitted,

    A. COURTNEY COX
    United States Attorney


    *s/Stephen B. Clark*
    STEPHEN B. CLARK
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, IL  62208
    (618) 628-3700
    Fax:  (618) 628-3772
    E-mail: stephen.clark@usdoj.gov