IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,        )
                                 )
           vs.                   ) CRIMINAL NO.
                                 )
 *Larry Bechel*                  ) 09-30007-DRH
                                 )
                                 )
              Defendant.         )

## WAIVER OF ARRAIGNMENT ON INDICTMENT
## AND PLEA OF NOT GUILTY

*Larry Bechel* defendant herein, hereby acknowledges receipt of the Indictment filed in this case on *6/8/10* and I acknowledge that I have read the Indictment, or had it read to me, and further acknowledge that I understand the nature of the charges against me. Defendant WAIVES formal arraignment on the Indictment. This waiver is made voluntarily and with the assistance of counsel. It shall be CONSTRUED as a complete waiver of any rights created by or existing pursuant to Rule 10 of the Federal Rules of Criminal Procedure, as well as any rights which may exist pursuant to the United States Constitution to arraignment in open court on the Indictment.

*Larry Bechel* defendant herein, hereby ENTERS a plea of not guilty to all charges contained ~~in the~~ Indictment.

DATED: *6/14/10*

_____
Defendant

_____
Attorney for Defendant

(Rev. 9/9/96)