IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,     )
                                    )
            Plaintiff,    )
                                    )
         vs.              )      CRIMINAL NO. 09-30007-DRH
                                    )
LARRY A. BECHEL,           )
                                    )
            Defendant.   )

**GOVERNMENT'S SECOND MOTION TO DISCLOSE GRAND JURY MATERIAL**

NOW COMES the United States of America, by and through its attorneys, A. Courtney Cox, United States Attorney for the Southern District of Illinois, and Angela Scott and Stephen B. Clark, Assistant United States Attorneys for said district, and hereby respectfully requests authority to disclose grand jury material to the defense, and in support thereof, states as follows:

1.      Defendant Larry Bechel's trial is scheduled to begin on July 12, 2010.

2.      There exists additional grand jury testimony in support of a Superseding Indictment of a government witness , ICE Special Agent Aaron Chapman, which is protected by Federal Rule of Criminal Procedure 6.  Special Agent Chapman will be testifying at Bechel's trial; thus the materials constitute Jencks Act materials and, although the Government is not required to turn over Jencks Act materials until after the witness testifies, in the interests of not delaying Bechel's trial, the Government is prepared to turn over these materials once the Court rules on its motion.

3.      Pursuant to Federal Rule of Criminal Procedure 6(e)((3)(E)(i), the Court may authorize disclosure of a grand jury matter preliminarily to or in connection with a judicial proceeding.

WHEREFORE, the United States respectfully requests that it be given authority, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), to disclose these materials to the defense.

Respectfully submitted,

A. COURTNEY COX
United States Attorney


/s/    Angela Scott
ANGELA SCOTT or
STEPHEN B. CLARK
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois  62208
(618) 628-3700  Telephone
(618) 628-3730  Facsimile
E-mail: Angela.Scott@usdoj.gov
        Stephen.Clark@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )    CRIMINAL NO. 09-30007-DRH
)
LARRY A. BECHEL, )
)
Defendant. )

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2010, I electronically filed the **Government's Second Motion to Disclose Grand Jury Material** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James Gomric, Esq.

Respectfully submitted,

A. COURTNEY COX
United States Attorney

/s/    Angela Scott
ANGELA SCOTT or
STEPHEN B. CLARK
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois  62208
(618) 628-3700  Telephone
(618) 628-3730  Facsimile
E-mail: Angela.Scott@usdoj.gov
         Stephen.Clark@usdoj.gov