UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
[ ] Benton   **[X] East St. Louis**

[ ] Initial Appearance   [ ] Arraignment   **[X] Change of Plea**   [ ] Plea to Information

| | |
|---|---|
| **CRIMINAL NO. :** 09-cr-3007-DRH | **DATE:** July 2, 2010 |
| **U.S.A. vs. LARRY A. BECHEL** | **JUDGE:** Donald G. Wilkerson |
| [X] Present   [X] Custody   [ ] Bond | **DEPUTY:** Jackie Payton |
| **DEFT. COUNSEL:** James Gomric | **REPORTER:** Laura Blatz |
| [X] Present  [X] Apptd.  [ ] Retained  [ ] Waived | **Start Time:** 10:35 a.m.  **End Time:** 11:30 a.m. |
| **GOVT. COUNSEL:** Angela Scott | Recess from 10:50 a.m. to 11:20 a.m. |

[X] Defendant sworn

[X] The Court finds that the Defendant is capable of entering plea.

**[X] Consent to United States Magistrate Judge for entry of plea signed and submitted to the Court.**

[X] Defendant waives reading of Indictment   [ ] Indictment read to defendant

[X] Defendant advised of constitutional rights.   [X] Defendant advised of charges and penalties.

**[X] Defendant withdraws plea of  NOT GUILTY as to Counts  1, 2, and 3 of the Superseding Indictment.**

**[X] Plea:**   [X] Guilty as to Counts  1, 2, and 3 of the Superseding Indictment         .

   [ ] Not Guilty as to Count(s)                                         .

   [ ] Nolo Contendere as to Count(s)                                    .

[ ] No Plea Agreement   [X] Plea Agreement   [ ] Oral   [X] Written

**[X] Court accepts plea of guilty.**

**[X] Sentencing set for 10/8/2010 at 11:00a.m. in East St. Louis, IL before Chief Judge David R. Herndon.**

[X] Defendant remanded to the custody of the U.S. Marshal.