UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

FILED
JUL 02 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | |
| v. ) | Case Number: 09-CR-30007-DRH |
| LARRY A. BECHEL ) | |
| Defendant ) | |

## NOTICE REGARDING ENTRY OF PLEA OF GUILTY

If the defendant decides at any time before trial to enter a plea of guilty, a United States Magistrate Judge is authorized by Local Rule 72.1(b), with the consent of the defendant and the United States, to conduct the proceedings required by Federal Rule of Criminal Procedure 11 incident to the plea. If, after conducting such proceedings, the Magistrate Judge determines that there is a factual basis for the plea and that the plea is knowingly and voluntarily made, the plea of guilty will be accepted. A presentence investigation and report will be ordered pursuant to Federal Rule of Criminal Procedure 32.

## CONSENT

I declare my intention to enter a plea of guilty in this case, and I request and consent to a United States Magistrate Judge conducting the proceedings required by Federal Rule of Criminal Procedure 11. I understand that if my plea of guilty is accepted by the Magistrate Judge, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States and impose sentence. **A plea of guilty accepted by the Magistrate Judge cannot later be withdrawn unless the defendant can show a fair and just reason for requesting the withdrawal.**

_____   7\2\10
Defendant                   Date

_____   7\2\10
Defendant's Attorney        Date

On behalf of the United States of America, I hereby request and consent to a United States Magistrate Judge conducting the proceedings required by Federal Rule of Criminal Procedure 11 incident to the defendant entering a plea of guilty. It is understood that if the defendant's plea of guilty is accepted by the Magistrate Judge, the District Judge will decide whether to accept or reject any plea agreement between the defendant and the United States and impose sentence.

UNITED STATES OF AMERICA

By: _Angela Scott_____   7/2/10
    Assistant U.S. Attorney   Date

CR-02
06/10