IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

JUL 0 2 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 09-30007-DRH |
| | ) | |
| LARRY A. BECHEL, | ) | |
| | ) | |
| Defendant. | ) | |

## FACTUAL STIPULATION

The parties hereby stipulate that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt.

1.    Between February 9 and March 7, 2004, Defendant Larry A. Bechel traveled to Canada from his residence in Wood River, Illinois, in the Southern District of Illinois, with the purpose of having sexual intercourse with a minor, S.K., who resided in Canada. Bechel used, persuaded, induced and/or enticed S.K. to engage in sexual conduct while in Canada with the intent to take photographs of this sexually explicit conduct. Using his digital camera, Bechel took numerous nude photographs of S.K. while in Canada and while S.K. was engaged in the sexually explicit conduct. Twenty-two of these photographs depict S.K., a minor, engaging in sexually explicit conduct because the photographs depict the lascivious display of S.K.'s genitals. Bechel then transported these photographs from Canada to his residence in Wood River, Illinois, on a memory card installed inside the digital camera used to take the visual depictions of S.K. engaging in sexually explicit conduct.

2.    When Bechel returned to his residence on March 7, 2004, he downloaded the photographs, including the twenty-two visual depictions of a minor engaging in sexually explicit conduct , from his memory card to his computer, which he later used to make a compact disk (CD)

of the images. These images were located in a folder entitled "Vancouver 2004 03 08." The file containing these images had a creation date of March 8, 2004. Bechel possessed the CD containing the visual depictions of a minor engaging in sexually explicit conduct from on or about March 8, 2004, until it was recovered during a search of Bechel's home on July 28, 2006.

3. Defendant Bechel provided a voluntary statement to ICE agents on December 17, 2008. Bechel stated that he met S.K. on the internet and began chatting with her. Bechel stated that he was interested in an intimate relationship with S.K., and that he knew S.K. was 15 years old at the time. Bechel acknowledged that he traveled to Canada on two separate occasions to see S.K. with the intent of having sexual intercourse with S.K. On his second trip to Canada, Bechel rented a hotel room in Vancouver, Canada, and stayed there with S.K. Bechel stated that, while in the hotel room with S.K., he had sexual intercourse with her and also took nude photographs of her on S.K.'s sixteenth birthday. Bechel took the pictures using a digital camera with a memory card inserted in the camera. Bechel stated that he transported the camera and memory card from Canada to the United States. Bechel stated that, when he arrived home, he removed the memory card from his digital camera and connected it to a computer at his residence in Wood River, Illinois. Bechel downloaded the images of S.K., including the visual depiction of her engaged in sexually explicit conduct, to this computer and then used this computer to make a CD containing the images. Bechel stated that, after the search of his residence by the Wood River Police Department, he destroyed the hard drive of the computer that he used to make the CD because he knew it had the visual depiction of S.K. engaging in sexually explicit conduct on it, and he did not want to get into trouble for having the images. Bechel therefore knew that the images of the lascivious display of S.K.'s genitals constituted visual depictions of a minor engaged in sexually explicit conduct.

4.     These twenty-two depictions of a minor engaging in sexually explicit conduct were produced by the use of a Minolta Co., LTD Camera, Model DiMAGE 7i digital camera which was manufactured in Japan.  Therefore, the visual depictions were produced using materials that were mailed, shipped or transported in interstate commerce.

**SO STIPULATED:**

_____
LARRY A. BECHEL
Defendant

_____
JAMES COMRIC
Attorney for Defendant

Date: ___7/2/10___

Angela Scott
_____
ANGELA SCOTT
Assistant United States Attorney

Date: ___7/2/10___