United State District Court
750 Missouri Ave
East St. Louis, IL 62205

| | |
|---|---|
| The People of the USA | |
| Plaintiff | |
| v | 09-CR-30007-DRH |
| Larry Bechel | |
| 529 N. 2nd | |
| Wood River, IL | |
| 62095 | |
| Defendant | |

FILED
JUL 16 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Comes now the defendant Larry Bechel prose with a motion unlimited to petition the honorable court in said matters.

To                                              7-10-10
Federal Jedge Herndon

1   6-30-10 meeting with Mr. Gomric. He informed me I will never get a chance to see my accusers. Told me I have a choose to plead guilty or trial but I really had no choose because government had too much evidence as he claims. He also told me a man of my age would be found guilty. I didn't know its a crime to be OLD. What status is that, being old in the America is now a crime.

Gomric never went over the paper the judge asked me about, told me to call him at his office to give him my answer. I never called him. He told me he would try to set up court for Monday, but Monday was a holiday.

My question is when was this court date set up cause he just saw me on 6-30-10. And now I was going to court on 7-2-10 which I nothing about.

7-2-10 I was ~~antimedated~~ intimidated by all that was going on with lawyer - judge - cops - other people. I made it clear to Mr Gomric I wanted to face all my accusers. And now is all I get to face is prison bars and ~~the~~ inside of my coffin.

2. May 3-10 - trial set. Then then date came & went with nothing. No trial - No Court telling me it was cancelled - No Mr Gomric telling me it was cancelled. So now I have no rights to a trial. Violation of my 6th amendment Rights.

3. Locked in a cave - 18 months - no exercise - health problems - fines - 3 lawyers. Mr Stotts plead me guilty without my knowledge, now Mr Gomric doing the same thing. I am fighting Illinois State, Federal Government, every police agency in this country, Canadian police and never given me my rights to defend my self.

4. duress. I am under so much stress that I would have admitted to shooting Abraham Lincoln if asked on 7-2-10 in court. How much toture are you's going to put me thur???

5.   I was forced to Confess.
A. Started 7-28-06 - 07 - 08 - 09 - 10 5 yrs of dealing with this nightmare
B. 3 lawyers - 2 sold me out and plead me guilty without my consent, by oral, written or any other way.
C. Locked up for 18 months in a cave setting with no end in sight
D. Mental & pyschial health probems
E. Trial set for 5-3-10 - then no trial date came & went without anyone, (court or lawyer) telling me that there was no court.
F. Threat of huge fines that I could never pay
G. Mr Gomric telling me on 6-30-10 that I would Never face my accusers in court.
H. Delay after Delay.

I. Denied my amendment rights to face my accusers in court.
J. Denied bail - when already on bail was no flight risk.
K. Court date of 7-2-10 set up long before ever telling me about it or what it was for. Sounds like a conspiracy to me, which the government loves to use.
L. 2 lawyers never going over any paper work - just sign it and trust me - that a laugh - cause they sold me out.
M. Denied proper medical care while at Perry County jail.
N. ICE agent Chapman lying to the Grand Jury.
O. Now of the 3 charges, now is more then was ever on the indictment of the original 3. How many charges are the government charging me with?? I did not know the kitchen sink was in the indictment.
P. My Civil Rights have been violated.
Q. any other crimes that the court wants to pin on me???

R.   $(-+-)+- = 10$
     Same answer + different
     paths = my life.
S    Who is paying Mr Gomric
     pay check ? ?. The government
     that who. So he does as they
     say. Sold me out.
T.   Loss Papers - Pam returnes
     the original and copies. I counter
     all of the 32 sent out - Returnes
     30 of original - 29 of copies.
     Made note and told Pam of
     missing paper. Brian Larsen was
     to read and make copies. Papers
     still missing. Ask Brian to mail
     after finding judges name that saw
     me on 7-2-10. The marshell told
     him it was Skrondon but I know a
     so he gives a address his name on
     a 8"x11". I put 8 stamps on
     to mail. On ~~Saturday~~ Sunday, I ask
     Debbie if she was working the next
     day to have something notarized.
     She said no but ask me if
     they found my 2 missing
     papers yet. I said no.
         Still missing.

V.   Why does – Innocence until proven guilty in a court of law is always said but Never meant. It should read –
You are guilty and we will physical and mental beak you down until you confess by any means to save us money.

V.   Where are my missing Papers and why are they missing ???

W.   The constitution and the amendment rights are meanless in this country.

XYZ   All of my amendment rights have been Violated to the Constitution of America.

Drop all charges from the State of Illinois. Drop all charges from the Federal Government. Clear my name of all charges. Make restitution to me for loss job, life, liberty, freedom and name.

Larry Bechel

"OFFICIAL SEAL"
DEBORAH CLUCK
NOTARY PUBLIC—STATE OF ILLINOIS
MY COMMISSION EXPIRES SEPT. 1, 2010

Deborah Cluck