IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| -vs-   ) | No. 09-CR-30007-01-DRH |
| ) | |
| LARRY BECHEL,   ) | |
| ) | |
| Defendant.   ) | |

## MINUTES OF STATUS CONFERENCE

**PRESIDING:** Chief Judge David R. Herndon

**DATE:** July 21, 2010　　　　　　　　　　　　　　**PLACE:** East St. Louis, Illinois

**COURT REPORTER:** Laura Blatz　　　　　　　　**COURTROOM DEPUTY:** Sandy Pannier

**COUNSEL FOR GOVERNMENT:** Angela Scott and Steve Clark, AUSA

**COUNSEL FOR DEFENDANT:** James Gomric　　　**TIME:** 10:10 A.M. - 11:00 A.M.

-------------------------------------------------------------------------------------------------------------------

　　　Defendant appears in open Court with counsel. Defendant placed under oath to discuss with Court the document filed on July 16, 2010 regarding his plea of guilty. Court finds that remedy the defendant seeks in that document (Doc. 87) is **DENIED.** Government states their concern with their filing of the motion at Doc. 86. Mr. Gomric requests additional time to file objections to defendant's presentence report. Court extends the time to file objections by 7 days. Objections due July 28.

　　　Mr. Gomric requests counsel for the Government be excused from the Court to discuss matters with the Court concerning his client. After discussion is held, Ms. Scott returns to courtroom.

　　　Court notes sentencing date currently is October 8. Counsel requests sentencing be moved up. Court agrees to earlier sentencing and counsel should contact chambers for a new sentencing date.