# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

[ ] BENTON      [ X ] EAST ST. LOUIS      [ ] CONTESTED      [ X ] UNCONTESTED

**MINUTES OF DISPOSITION**

U.S.A. v. **LARRY BECHEL**                           CRIMINAL NO. **09-CR-30007-001-DRH**

DEFT. COUNSEL: **JAMES GOMRIC**                    JUDGE: **CHIEF JUDGE DAVID R. HERNDON**

GOVT. COUNSEL: **ANGELA SCOTT**                    DATE **AUGUST 12, 2010**

REPORTER: **MOLLY CLAYTON**   DEPUTY: **SANDY PANNIER**   TIME: **10:00 AM - 12:05 PM**
                                                          RECESS: **10:30 AM - 10:45 AM**

__X__ COURT ORDERS PRE-SENTENCE REPORT TO BE SEALED WITH COUNSEL HAVING ACCESS TO SAME IN THE EVENT OF APPEAL. RECOMMENDATION TO BE PLACED UNDER SEPARATE SEAL AND COUNSEL WILL NOT HAVE ACCESS TO SAME.

OFFENSE LEVEL: **38**    CRIMINAL HISTORY CATEGORY: **I**
SENTENCE RANGE: **Count 1 - 235-293 months; Count 2 - 235-240 months; Count 3 - 120 months**
FINE RANGE: **$25,000 - $250,000**
SUPERVISED RELEASE RANGE: **LIFE**

_____ COURT ACCEPTS PLEA AGREEMENT          _____ COURT REJECTS PLEA AGREEMENT

DEFENSE WITNESSES: **(None)**
GOVERNMENT WITNESSES: **(None)**

[ X ] GOVERNMENT MOVED FOR DOWNWARD DEPARTURE (DOC. 86) [ X ] GRANTED

DEPARTURE TO OFFENSE LEVEL: _____  CRIMINAL HISTORY CATEGORY: _____

_____ CUSTODY OF ATTORNEY GENERAL       __X__ CUSTODY OF BUREAU OF PRISONS

**SENTENCE:  200 MONTHS ON COUNT 1, 200 MONTHS ON COUNT 2 AND 120 MONTHS ON COUNT 3, ALL SUCH TERMS TO BE SERVED CONCURRENTLY.**

__X__ UPON RELEASE FROM IMPRISONMENT, DEFENDANT PLACED ON **SUPERVISED RELEASE** FOR **LIFE ON EACH OF COUNTS 1, 2 AND 3, ALL SUCH TERMS TO RUN CONCURRENTLY.**

CONDITIONS OF SUPERVISION:

[X] Within 72 hours of release from BOP, defendant to report to probation in district released.

[X] The defendant shall cooperate in the collection of DNA as directed by the probation officer.

[X] Defendant shall not commit any further crimes.

[X] Defendant shall not illegally possess any controlled substances.

[X] Defendant shall not possess firearm or other destructive device.

[ X ]   Mandatory drug testing suspended

[ X ] Payments are due immediately, through the Clerk of the Court. The defendant shall pay any financial penalty that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release.  Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be paid in equal monthly installments of   **$500.00**    or 10% of defendant's monthly net monthly  income, whichever is greater,  over a period of   **51**    months, to commence 30 days  after release from imprisonment to a term of supervision.

[ X ] While on supervised release, the defendant shall participate in an approved sexual offender treatment program, at his own expense, as directed by the probation officer. If deemed necessary, the defendant shall submit to an approved, sexual-predator evaluation. The defendant shall abide by all rules, requirements, and conditions of the treatment program, including submission to polygraph and/or plethysmograph examination, at his own expense, to determine compliance with the conditions of release. The defendant shall remain in the program until successfully completed, or until such time as the defendant is released from
the program by the Court and/or probation officer.

[X]  The defendant shall permit the probation officer to have access to any personal computer and/or electronic device capable of accessing the Internet, World Wide Web, and Electronic Mail. The defendant shall also allow the probation officer or designee to conduct regular searches of his computer using software
monitoring devices if determined necessary by the probation officer. While on supervised release, the defendant shall advise the probation officer of all e-mail addresses used on both public and private computers. The defendant shall consent to third-party disclosure to any employer or potential employer, concerning any computer-related restrictions that may be imposed. The defendant shall warn other residents
or occupants of his home that computer systems will be subject to inspection by the probation officer and/or
authorized contractor.

[ X ]  Defendant shall provide the probation officer and the Financial Litigation Unit of the United States Attorney's Office with access to any requested financial information.

[ X ] The defendant shall apply all monies received from income tax refunds, lottery winnings, judgments,  and/or any other anticipated or unexpected financial gains to the outstanding court-oriented financial obligations.  The defendant shall immediately notify the probation officer of the receipt of any indicated monies.

[ X ] Defendant shall register under the Sex Offender Registration and Notification Act and comply with the requirements of the Act.

[  ] DEFENDANT TO MAKE RESTITUTION IN THE AMOUNT OF _____ TO:_____

[ X ] DEFENDANT SHALL PAY A FINE IN THE AMOUNT OF $ **8,333**      ON EACH OF COUNTS  **1 and 2**      AND **$8,334**    ON COUNT 3,  FOR A TOTAL FINE IN THE AMOUNT OF    **$25,000**

[  ]  INTEREST WAIVED           [  ]  INTEREST IMPOSED

[X] **SPECIAL ASSESSMENT** OF $ __100.00__ ON EACH OF COUNT(S) __1, 2 & 3__

     TOTAL $ __300.00__ DUE IMMEDIATELY.

[ ] COURT FINDS DEFENDANT'S FINANCIAL CONDITION IS SUCH THAT HE IS UNABLE TO:

    [ ] PAY RESTITUTION, [ ] PAY A FINE, [ ] PAY COSTS OF INCARCERATION OR SUPERVISION AND THEY ARE WAIVED.

[X] DEFENDANT ADVISED OF RIGHT TO APPEAL WITHIN 14 DAYS.

[X] RECOMMENDATION __FMC, LEXINGTON, KY__

[ ] BOND: [ ] REVOKED [X] REMANDED [ ] CONTINUED; DEFENDANT TO VOLUNTARILY SURRENDER AS NOTIFIED BY USM TO DESIGNATED INSTITUTION;

    OR [ ] SURRENDER TO USM ON _____

[ ] COUNT(S) _____ DISMISSED ON MOTION OF GOVERNMENT.

[ ] _____