UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:09CR30007-001-DRH |
| v. | ) | |
| Larry A. Bechel, | ) | |
| Defendant. | ) | |

**APPLICATION FOR WRIT OF EXECUTION**

The United States of America, plaintiff, makes application pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3203(c)(1) to the Clerk of the United States District Court to issue a Writ of Execution stating as follows:

1. The defendant, Larry A. Bechel, last known address is: 529 North 2nd Street, Wood River, Illinois 62095, is indebted to the United States in the amount of $25,300.00 as a result of a judgment filed in the Southern District of Illinois, imposed on August 12, 2010. The balance due as of this date is $25,300.00.

2. There is or may be property in which the debtor has possession, custody, or control, and in which the debtor has a substantial nonexempt interest which may be levied upon for payment of the above judgment, described as follows:

>    2005 Harley Davidson XL 1200CC
>    2000 Suzuki VZ800
>    2004 Ford F150 Heritage

WHEREFORE, the United States respectfully requests that the Court issue a Writ of Execution in accordance with the Federal Debt Collection Procedures Act of 1990.

Dated: August 31, 2010

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

s/ *Gerald M. Burke*
GERALD M. BURKE
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700