# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| United States of America<br>v.<br>LARRY A. BECHEL | )<br>)<br>)<br>)<br>) | Case No. 09-30007-DRH |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LARRY A. BECHEL ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - Sexual Exploitation of a Minor in violation of Title 18 United States Code 2251(c)(1) and 2251(c)(2)(B)
Count 2 - Transportation of Depicition of Minor Engaging in Sexual Explicit Conduct in violation of Title 18 United States Code 2252(a)(1)
Count 3 - Possession of Matter Containing Depiction of Minor Engaging in Sexually Explicit Conduct in violation of Title 18 United States Code 2252(a)(4)(B)

Date: 06/09/2010

*Issuing officer's signature*

City and state: Benton, IL

NANCY J. ROSENSTENGEL, CLERK
*Printed name and title*

FILED
SEP 29 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### Return

This warrant was received on *(date)* 6/09/10 , and the person was arrested on *(date)* 6/11/10
at *(city and state)* E. St. Louis, IL .

Date: 6/11/10

*Arresting officer's signature*

Brent Broshow SDUSM
*Printed name and title*

1025-0618-3712-J