IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:09CR30007-001-DRH |
| Larry A. Bechel, | ) | |
| Defendant, | ) | |

## MOTION TO DISMISS WRIT OF EXECUTION

The Untied States of America, by and through Stephen R. Wigginton, United States Attorney for the Southern District of Illinois and Gerald M. Burke, Assistant United States Attorney, moves this Honorable Court for an order, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, dismissing this action at the request of the plaintiff, and in support states:

**1.** A Writ of Execution was issued and filed on August 31, 2010. (**Doc 100**)

**2.** The Marshals Service was unable to effectuate service.

WHEREFORE, the plaintiff, United States of America, respectfully requests the writ of execution be dismissed.

STEPHEN R. WIGGINTON
United States Attorney

s/ *Gerald M. Burke*
GERALD M. BURKE
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
(618) 628-3700

<u>**CERTIFICATE OF SERVICE**</u>

       The undersigned certifies that she/he is an employee in the Office of the United States Attorney for the Southern District of Illinois and is a person of such age and discretion to be competent to serve papers and that on <u>December 13, 2010</u>, the attached:

**MOTION TO DISMISS WRIT OF EXECUTION**

was electronically filed with the Clerk of Court using the CM/ECF system, and a copy of such document was placed in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and said envelope and contents were deposited in the United States Mail at 331 Salem Place, Fairview Heights, Illinois 62208.

                                                  s/ ***Gerald M. Burke***
                                                  GERALD M. BURKE


Larry A. Bechel
08130-025
FCI Forrest City
P.O. Box 7000
Forrest City, AR  72336