UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:09CR30007-001-DRH |
| | ) | |
| v. | ) | |
| | ) | |
| Larry A. Bechel, | ) | |
| | ) | |
| Defendant, | ) | |

**ORDER**

This matter having come before the Court upon the Plaintiff's motion to dismiss writ of execution pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED the writ of execution in this cause be and the same is hereby DISMISSED.

DATED: December 14, 2010

David R. Herndon
2010.12.14
06:18:57 -06'00'

Chief Judge
United States District Court