UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:09CR30007-001-DRH |
| ) | |
| v. ) | |
| ) | |
| Larry A. Bechel, ) | |
| ) | |
| Defendant. ) | |

**APPLICATION FOR WRIT OF EXECUTION**

The United States of America, plaintiff, makes application pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3203(c)(1) to the Clerk of the United States District Court to issue a Writ of Execution stating as follows:

1. The defendant, Larry A. Bechel, last known address is: #08130-025, FCI - Forrest City P.O. Box 7000, Forrest City, Arkansas 72336, is indebted to the United States in the amount of $25,300.00 as a result of a judgment filed in the Southern District of Illinois, imposed on August 12, 2010. The balance due as of this date is $25,300.00.

2. There is or may be property in which the debtor has possession, custody, or control, and in which the debtor has a substantial nonexempt interest which may be levied upon for payment of the above judgment, described as follows:

>2005 Harley Davidson XL 1200CC
>2000 Suzuki VZ800
>2004 Ford F150 Heritage

WHEREFORE, the United States respectfully requests that the Court issue a Writ of Execution in accordance with the Federal Debt Collection Procedures Act of 1990.

Dated: <u>February 3, 2011</u>

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney


s/ **Gerald M. Burke**
GERALD M. BURKE
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700