UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) Case No. 3:09CR30007-001-DRH |
| v. | ) |
| Larry A. Bechel, | ) |
| Defendant. | ) |

**WRIT OF EXECUTION**

TO: U.S. Marshal

On August 12, 2010, a judgment was entered in the United States District Court for the Southern District of Illinois, in favor of the United States of America, plaintiff, and against the defendant, Larry A. Bechel, last known address: #08130-025, FCI-Forrest City, P.O. Box 7000, Forrest City, Arkansas 72336, in the sum of $25,300.00.

Since entry of judgment, payments in the amount of $0.00 have been applied to the debt, leaving a current balance of $25,300.00.

NOW, THEREFORE, YOU ARE COMMANDED to satisfy the judgment by levying on all property in which the defendant has a substantial nonexempt interest, and by executing upon the property described as follows:

        2005 Harley Davidson XL 1200CC
        2000 Suzuki VZ800
        2004 Ford F150 Heritage

YOU ARE ALSO COMMANDED to collect interest thereon from the date hereof with your costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date on which levy is made.

YOU ARE FURTHER COMMANDED that the levy shall not exceed property reasonably equivalent in value to the aggregate amount of this judgment, costs and interest. You are directed to remit the cash to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

Dated: 02/03/11

NANCY ROSENSTENGEL
United States District Court Clerk

By: _____
Deputy Clerk