IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | Criminal No. 3:09CR30007-001-DRH |
| vs. | ) | |
| Larry A. Bechel, | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME**

The United States of America by Stephen R. Wigginton, United States Attorney for the Southern District of Illinois and Gerald M. Burke, Assistant United States Attorney, for its Motion for Extension of Time in which to levy on property, states as follows:

**1.** A Writ of Execution was issued February 3, 2011. (Doc 106)

**2.** Due to other duties, the Marshal has not been able to execute on the property.

WHEREFORE, plaintiff requests an additional 60 days to levy on property.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

s/ *Gerald M. Burke*
GERALD M. BURKE
Assistant United States Attorney
9 Executive Drive
Fairview Heights, IL 62208
618/628-3700

# CERTIFICATE OF SERVICE

The undersigned certifies that he is an employee in the Office of the United States Attorney for the Southern District of Illinois and is a person of such age and discretion to be competent to serve papers and that on **May 3, 2011**, the attached:

## MOTION FOR EXTENSION OF TIME

was electronically filed with the Clerk of Court using the CM/ECF system, and a copy of such document was placed in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and said envelope and contents were deposited in the United States Mail at 331 Salem Place, Fairview Heights, Illinois 62208.

s/ *Gerald M. Burke*
GERALD M. BURKE

Larry A. Bechel
#08130-025
FCI-Forrest City
1400 Dale Bumpers Road
Forrest City, AR 72335