UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | Case No. 3:09CR30007-001-DRH |
| v. | ) | |
| Larry A. Bechel, | ) | |
| Defendant, | ) | |
| ====================================== | ) | |
| Olin Corporation, Pension Department, | ) | |
| Garnishee. | ) | |

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant, Larry A. Bechel, social security number XXX-XX- 5382, whose last known address is: #08130-025, Forrest City Arkansas, in the above cited action in the amount of $25,300.00. The sum of $25.00 has been credited to the judgment debt, leaving a total balance due of $25,275.00, as of May 16, 2011.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from May 16, 2011, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

    Olin Corporation, Pension Department
    Attn: Denise Lockwood
    88 Danbury Rd., Ste 2C
    Wilton, CT 06897-4423

        Respectfully submitted,

        STEPHEN R. WIGGINTON
        United States Attorney


        s/ ***Gerald M. Burke***
        GERALD M. BURKE
        Assistant United States Attorney
        Nine Executive Drive
        Fairview Heights, Illinois 62208
        (618) 628-3700