UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
|     Plaintiff, | ) | Case No. 3:09CR30007-001-DRH |
| | ) | |
| v. | ) | |
| | ) | |
| Larry A. Bechel, | ) | |
| | ) | |
|     Defendant, | ) | |

**CERTIFICATION OF SERVICE OF DOCUMENTS
ON JUDGMENT DEBTOR**

The United States of America, the judgment creditor herein, hereby certifies that a copy of the Writ of Execution along with the Clerk's Notice of Post-Judgment Execution was served on the judgment debtor by personal service on <u>May 18, 2011</u>.

DATE: <u>May 26, 2011</u>

                                                            Respectfully submitted,

                                                            STEPHEN R. WIGGINTON
                                                            United States Attorney

                                                           s/ ***Gerald M. Burke***
                                                           GERALD M. BURKE
                                                           Assistant United States Attorney
                                                          Nine Executive Drive
                                                          Fairview Heights, Illinois 62208
                                                          (618) 628-3700