UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) Case No. 3:09CR30007-001-DRH ) |
| v. | ) ) |
| Larry A. Bechel, | ) ) |
|     Defendant. | ) |

## NOTICE OF MARSHAL'S SALE

**PUBLIC NOTICE** is hereby given that pursuant to the Writ of Execution entered February 3, 2011, in the above-entitled case, the property hereinafter described will be sold to the highest bidder.

    2005 Harley Davidson XL 1200CC
    2000 Suzuki VZ800

Time and place of sale: **6:00 p.m.** on **July 7, 2011**, at **Premier Auto Storage & Warehousing, 3901 North Kingshighway, St. Louis, MO 63115.** View date is July 7, 2011, 9:00 a.m. to 5:00 p.m. Further details may be found at www.storeatpremier.com.

Terms of the sale: cash at the time of sale.

Dated at East St. Louis, Illinois this 10th day of June, 2011.

    s/ *Don Slazinik*   (with consent)
    DON SLAZINIK
    United States Marshal
    Southern District of Illinois


    s/ *Gerald M. Burke*
    GERALD M. BURKE
    Assistant United States Attorney
    9 Executive Dr., Fairview Heights, IL 62208
    618/628-3700

# CERTIFICATE OF SERVICE

        The undersigned certifies that she/he is an employee in the Office of the United States Attorney for the Southern District of Illinois and is a person of such age and discretion to be competent to serve papers and that on <u>June 14, 2011</u>, the attached:

## NOTICE OF MARSHAL'S SALE

was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to **James A. Gomric**, and a copy of the Notice of Marshal's Sale was mailed by **<u>certified mail</u>** to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es).

                                                          *s/ Gerald M. Burke*
                                                          GERALD M. BURKE

Larry A. Bechel
#08130-025
FCI - Forrest City (Low)
1400 Dale Bumpers Road
Forrest City, AR 72335