# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 3:09CR30007-001-DRH |
| PLAINTIFF, ) | |
| ) | |
| V. ) | |
| ) | **FILED** |
| LARRY A. BECHEL, ) | |
| ) | **JUN 1 6 2011** |
| DEFENDANT ) | |
| ) | CLERK, U.S. DISTRICT COURT |
| ) | SOUTHERN DISTRICT OF ILLINOIS |
| | EAST ST. LOUIS OFFICE |

OLIN CORPORATION, PENSION
DEPARTMENT,

      GARNISHEE.

## ANSWER OF THE GARNISHEE

<u>Sharon E. Doughty</u>, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

1. That she is the <u>Director, Benefits Programs</u> (State Official Title) of the Garnishee, Olin Corporation ("Olin"), a corporation organized under the laws of the State of <u>Virginia</u>.

2. On <u>May 24, 2011</u>, Olin was served with the Writ of Continuing Garnishment.

3. For the pay period in effect on the date of service (shown above) Defendant <u>was not</u> in Olin's employ.

4. The amount of net wages is calculated below:

| | |
|---|---|
| (a) Gross Pay | $ <u>828.26</u> |
| (b) Federal income tax | $ <u>34.39</u> |
| (c) F.I.C.A. income tax | _____ |
| (d) State income tax | _____ |
| Total of tax withholdings | $ <u>34.39</u> |
| Net Wages | $ <u>793.77</u> |
| | (a less total of b, c, d) |

1978542.1

5. There have not been previous garnishments in effect.

6. Olin does not have custody, control or possession of property (non-earnings), in which the Debtor maintains an interest.

7. The Olin Corporation Employees Pension Plan does anticipate owing to the judgment-debtor in the future, the following amount:

| Description of Property | Estimate Date or Period Due |
|---|---|
| $ 828.26 | Monthly pension benefit for lifetime |

Olin mailed a copy of this answer by first-class mail to (1) the Debtor, Larry A. Bechel, #08130-025, 1400 Dale Bumpers Road, Forest City, Arkansas 72336 and (2) the attorney for the United States, Gerald M. Burke, Assistant United States Attorney, Nine Executive Drive, Fairview Heights, Illinois 62208.

_____
Garnishee

Subscribed and sworn to me before this the 2nD day of June, 2011.

_____
Notary Public
(Seal)

My Commission expires: October 31, 2015

1978542.1