UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No. 3:09CR30007-001-DRH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Larry A. Bechel, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MARSHAL'S SALE

**PUBLIC NOTICE** is hereby given that pursuant to the Writ of Execution entered February 3, 2011, in the above-entitled case, the property hereinafter described will be sold to the highest bidder.

**2004 Ford F150 Heritage**

Time and place of sale: **6:00 p.m.** on **August 4, 2011**, at **Premier Auto Storage & Warehousing, 3901 North Kingshighway, St. Louis, MO 63115.** View date is August 4, 2011, 9:00 a.m. to 5:00 p.m. Further details may be found at www.storeatpremier.com.

Terms of the sale: cash at the time of sale.

Dated at East St. Louis, Illinois this 20th day of July, 2011.

*s/* ***Karen Simons***   (with consent)
KAREN SIMONS
Chief Deputy United States Marshal
Southern District of Illinois


 *s/* ***Gerald M. Burke***
GERALD M. BURKE
Assistant United States Attorney
9 Executive Dr., Fairview Heights, IL 62208
618/628-3700

<u>**CERTIFICATE OF SERVICE**</u>

       The undersigned certifies that she/he is an employee in the Office of the United States Attorney for the Southern District of Illinois and is a person of such age and discretion to be competent to serve papers and that on <u>July 21, 2011</u>, the attached:

**NOTICE OF MARSHAL'S SALE**

was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to **James A. Gomric**, and a copy of the Notice of Marshal's Sale was mailed by <u>**certified mail**</u> to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es).

                                                                         <u>*s/ Gerald M. Burke*</u>
                                                                         GERALD M. BURKE

Larry A. Bechel
#08130-025
FCI - Forrest City (Low)
1400 Dale Bumpers Road
Forrest City, AR 72335