UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
|---|---|---|
| | ) | Case No. 3:09CR30007-001-DRH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Larry A. Bechel, | ) | |
| | ) | |
| Defendant. | ) | |

### AMENDED NOTICE OF MARSHAL'S SALE

**PUBLIC NOTICE** is hereby given that pursuant to the Writ of Execution entered

February 3, 2011, in the above-entitled case, the property hereinafter described will be sold to the

highest bidder.

**2004 Ford F150 Heritage**

Time and place of sale: **6:00 p.m.** on **August 18, 2011**, at **Premier Auto Storage &**

**Warehousing, 3901 North Kingshighway, St. Louis, MO 63115.**  View date is August 18,

2011,  9:00 a.m. to 5:00 p.m.  Further details may be found at www.storeatpremier.com.

Terms of the sale:  cash at the time of sale.

Dated this 4th day of August, 2011.


 s/ *Gerald M. Burke*
GERALD M. BURKE
Assistant United States Attorney
9 Executive Dr., Fairview Heights, IL 62208
618/628-3700

<u>**CERTIFICATE OF SERVICE**</u>

       The undersigned certifies that she/he is an employee in the Office of the United States Attorney for the Southern District of Illinois and is a person of such age and discretion to be competent to serve papers and that on <u>August 4, 2011</u>,  the attached:

**AMENDED NOTICE OF MARSHAL'S SALE**

was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to **James A. Gomric**, and a copy of the Notice of Marshal's Sale was mailed by **<u>certified mail</u>** to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es).


                                            *<u>s/ Gerald M. Burke</u>*
                                            GERALD M. BURKE



Larry A. Bechel
#08130-025
FCI - Forrest City (Low)
1400 Dale Bumpers Road
Forrest City, AR 72335