U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:09CR30007-001-DRH |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Larry A. Bechel | Garnishment (Olin Corporation Pension) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Larry A Bechel #08130-025
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
FCI Forrest City (Low) 1400 Dale Bumpers Rd, Forrest City, AR 72335

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Gerald M. Burke
Assistant United States Attorney
9 Executive Drive
Fairview Heights, IL 62226

Number of process to be served with this Form 285: 1
Number of parties to be served in this case:
Check for service on U.S.A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 618/628-3700
DATE: 6/15/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 25
District to Serve No. 9
Signature of Authorized USMS Deputy or Clerk: Angel Jones
Date: 6-28-11

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Larry Bechel
Address (complete only different than shown above): FCI Forrest City (Low) Forrest City, Ark

Date: 8-16-11  Time: 9:30 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS
6/28 Fwd to ED/AR for Processing

PRINT 5 COPIES:
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01-00