UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:09CR30007-001-DRH |
| v. | ) | |
| Larry A. Bechel, | ) | |
| Defendant, | ) | |
| ====================================== | ) | |
| Olin Corporation, Pension Department, | ) | |
| Garnishee. | ) | |

**CERTIFICATION OF SERVICE OF DOCUMENTS
ON JUDGMENT DEBTOR**

The United States of America, the judgment creditor herein, hereby certifies that a copy of the Writ of Continuing Garnishment, along with the initial Clerk's Notice to Judgment Debtor was served on the judgment debtor by personal service on <u>August 11, 2011</u>, and service was made upon the judgment debtor garnishee.

DATE: <u>August 24, 2011</u>

                                                  Respectfully submitted,

                                                  STEPHEN R. WIGGINTON
                                                  United States Attorney

                                                  s/ ***Gerald M. Burke***
                                                  GERALD M. BURKE
                                                  Assistant United States Attorney
                                                  Nine Executive Drive
                                                  Fairview Heights, Illinois 62208
                                                  (618) 628-3700