UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:09CR30007-001-WDS |
| v. | ) | |
| Larry A. Bechel, | ) | |
| Defendant. | ) | |

## REPORT OF SALE

The United States of America by and through its attorneys, Stephen R. Wigginton, United States Attorney, and Gerald M. Burke, Assistant United States Attorney, reports that pursuant to the Writ of Execution entered February 3, 2011, the United States Marshals Service seized the below listed property. The property was sold at a public auction by Premier Auto Storage & Warehousing on August 18, 2011. The results of the auction are as follows:

| Property | Sale Price | Expenses | Net Amount |
|---|---|---|---|
| 2004 Ford F150 Heritage | $6,000.00 | $921.42 | $5,078.58 |

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

s/ *Gerald M. Burke*
GERALD M. BURKE
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208
(618) 628-3700

# CERTIFICATE OF SERVICE

  The undersigned certifies that he/she is an employee in the Office of the United States Attorney for the Southern District of Illinois and is a person of such age and discretion as to be competent to serve papers and that on **September 6, 2011**, the attached

**Report of Sale**

was electronically filed with the Clerk of Court using the CM/ECF system, and a copy of such document was placed in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and said envelope and contents were deposited in the United States Mail at 331 Salem Place, Fairview Heights, Illinois 62208.

                     s/ *Gerald M. Burke*
                      GERALD M. BURKE

Larry A. Bechel
#08130-025
FCI-Forrest City (Low)
1400 Dale Bumpers Road
Forrest City, AR 72335