UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) Case No. 3:09CR30007-001-DRH |
| v. | ) |
| Larry A. Bechel, | ) |
| Defendant, | ) |
| ================================ | ) |
| Olin Corporation, Pension Department, | ) |
| Garnishee. | ) |

## MOTION FOR ENTRY OF GARNISHEE ORDER

The United States of America by and through Stephen R. Wigginton United States Attorney, and Gerald M. Burke, Assistant United States Attorney, and for its Motion for Entry of Garnishee Order states as follows:

1. The Garnishee filed an Answer on June 16, 2011, (**Doc 118**), stating that at the time of service of the Writ he had in his possession or under his control personal property belonging to Defendant. The Garnishee has been withholding monthly pension benefits in the amount of $828.26 since June 2011.

2. On August 11, 2011, the Defendant was served with the garnishment and notified of his right to a hearing and has not requested a hearing to determine exempt property.

3. The parties have agreed to a garnishment in the amount of $500 per month from future pension benefits, and to all funds suspended by the Garnishee since June 2011.

WHEREFORE, The United States respectfully requests this Court to:

A.) Enter the garnishee order in this matter; and

B.) Grant such other and further relief as is just and proper.

STEPHEN R. WIGGINTON
United States Attorney

s/*Gerald M. Burke*
GERALD M. BURKE
Assistant United States Attorney
9 Executive Drive
Fairview Heights, IL 62208
(618) 628-3700

## CERTIFICATE OF SERVICE

The undersigned certifies that she/he is an employee in the Office of the United States Attorney for the Southern District of Illinois and is a person of such age and discretion to be competent to serve papers and that on **October 11, 2011**, the attached:

**MOTION FOR ENTRY OF GARNISHEE ORDER**

was electronically filed with the Clerk of Court using the CM/ECF system, and a copy was placed in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and said envelope and contents were deposited in the United States Mail at 331 Salem Place, Fairview Heights, Illinois 62208.

s/ *Gerald M. Burke*
GERALD M. BURKE

Olin Corporation
Attn: Sharon E. Doughty
88 Danbury Road
Wilton, CT 06897-4423

Larry Bechel
#08130-025
FCC-Low
P.O. Box 9000 - Low
Forrest City, AR   72336