UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

United States of America,

    Plaintiff,                                   Case No.  3:09CR30007-001-DRH

    v.

Larry A. Bechel,

    Defendant,

====================================
Olin Corporation, Pension Department,

    Garnishee.

### GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on June 16,  2011, stating that at the time of the service of the Writ he had in his possession or under his control property in which the Defendant maintains an interest.

On August 11, 2011, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

Pursuant to an agreement of parties, **IT IS ORDERED** that Garnishee pay all funds currently held by Garnishee to Plaintiff, and to pay $500.00 monthly payments from Defendant's pension benefits.  The garnishee is to continue said

monthly payments until the debt to Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to Defendant or until further Order of this court.

Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

Dated: **October 11, 2011**

David R. Herndon
2011.10.11
14:58:12 -05'00'

**Chief Judge**
**United States District Court**

Entry of the foregoing order
is hereby consented to:

s/ *Larry A. Bechel*                     10-03-11
LARRY A. BECHEL    (with consent)        Date
Defendant

s/ *Gerald M. Burke*                     10-7-11
GERALD M. BURKE                          Date
Assistant United States Attorney