UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) Case No. 3:09CR30007-001-DRH |
| v. | ) |
| Larry A. Bechel, | ) |
|     Defendant, | ) |
| ================================= | ) |
| Olin Corporation, Pension Department, | ) |
|     Garnishee. | ) |

## MOTION TO DISMISS GARNISHMENT

The United States of America by and through its attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois and Gerald M. Burke, Assistant United States Attorney, moves this Honorable Court for an order, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, dismissing this action at the request of the Plaintiff, and in support states:

**1.** The Garnishment in this cause was filed May 17, 2011.

**2.** The debt is paid in full.

WHEREFORE, the United States of America respectfully requests the above garnishment be dismissed.

                                                          STEPHEN R. WIGGINTON
                                                          United States Attorney

                                                          s/*Gerald M. Burke*
                                                          GERALD M. BURKE
                                                          Assistant United States Attorney
                                                          Nine Executive Drive
                                                          Fairview Heights, IL 62208
                                                         618/628-3700

# CERTIFICATE OF SERVICE

      The undersigned certifies that she/he is an employee in the Office of the United States Attorney for the Southern District of Illinois and is a person of such age and discretion to be competent to serve papers and that on <u>May 15, 2012</u>, the attached:

## MOTION TO DISMISS GARNISHMENT

was electronically filed with the Clerk of Court using the CM/ECF system, and a copy of such document was placed in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and said envelope and contents were deposited in the United States Mail at 331 Salem Place, Fairview Heights, Illinois 62208.

                                                       s/ ***Gerald M. Burke***
                                                      GERALD M. BURKE

Olin Corporation, Pension Department
Attn:   Sharon E. Doughty
88 Danbury Road
Wilton, CT   06897-4423


Larry Bechel
#08130-025
Federal Correctional Complex (Low)
P.O. Box 9000-Low
Forrest City, AR   72336