IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

Plaintiff,

v.

**LARRY BECHEL,**

Defendant,

Olin Corporation, Pension Department,

Garnishee                                              No. 09-30007-DRH

## ORDER

**HERNDON, Chief Judge:**

Upon motion of the United States of America (Doc. 128), pursuant to Federal Rule of Civil Procedure 41(a)(2), and for good cause shown, it is hereby ORDERED the garnishment in this case be **DISMISSED**.

**IT IS SO ORDERED.**

Signed this 15th day of May, 2012.

Digitally signed by David R. Herndon
Date: 2012.05.15 10:29:04 -05'00'

Chief Judge
United States District Court