May 23, 2012

OLIN CORPORATION

Clerk of the District Court  09-30007
US District Court
PO Box 249
East St Louis IL 62202

RE: Our Retiree: Larry Bechel

Dear Sir:

Mr. Bechel did have a garnishment against his pension which was satisfied in the month of April 2012. The portion of his payment that he should have received was mailed to you in error. The Court has cashed both payments for April – his and the Courts. Please reimburse Mr. Bechel in accordance with the letter attached for $313.80 and mail it to him at the address on my letter. I have attached t a copy of he check to the Court and the Check to Larry Bechel for your reference. Thank you

Denise Lockwood – Manager
Pension Department
Olin Corporation
190 Carondelet Plaza
Clayton MO 63105-3443
enc

**Check Image Detail**

MKNIGH
05/22/2012 08:19:22 CDT

Account Number: 28681    OLIN PENSION PLAN
Check Number:   1846996

**Paid Check Information**

Amount:        467.92          Date: 05-03-2012
Control Number: 7575757512236



OLIN CORPORATION

May 23, 2012

Mr. Larry Bechel
08130-025
FCC – LOW
Po Box 9000-LOW
Forrest City AR 72336

DEAR MR. BECHEL:

FOR THE APRIL PAYMENT – YOUR CHECK WAS SENT TO THE COURT IN ERROR. AS YOU CAN SEE BY THE ENCLOSED COPY – THE COURT CASHED THE CHECK. WE MUST NOW ASK THE COURT TO SEND YOU THE MONEY THAT YOU SHOULD HAVE RECEIVED.

FOR MAY YOUR PAYMENT RETURN TO FULL STATUS AND SHOULD BE DIRECT DEPOSITED TO YOUR CHECKING ACCOUNT AS YOU HAVE REQUESTED.

I AM SORRY FOR THE INCONVENIENCE –


DENISE LOCKWOOD
PENSION DEPARTMENT
OLIN CORPORATION

RECEIVED
MAY 21 2012

5-05-12

TO: Denise Lockwood

I have not recieved any check for April 2012, and the payment to the court has not been made either.
I am just checking to see why. Cause things on my end are getting worse. Could you please check into it for me.

Thank You
LARRY BECHEL

LARRY BECHEL
08130-025
FCC-LOW
P.O. Box 9000-LOW
FORREST CITY, AR
72336

NOTE: The extra material enclosed was laid on my heart.

God Bless
You + your family

**Check Image Detail**

MKNIGH
05/22/2012 08:20:26 CDT

**Account Number:** 28681   OLIN PENSION PLAN
**Check Number:** 1847263

**Paid Check Information**
**Amount:** 313.80   **Date:** 04-30-2012
**Control Number:** 7579757956450



