IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**LARRY BECHEL,**

**Defendant.**                                            No. 09-30007-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On May 23, 2012, the Court received letters from Olin Corporation regarding Bechel's garnishment which were filed on June 14, 2012 (Doc. 130). The letters indicate that Bechel's garnishment against his pension was satisfied in April 2012 and that a portion of his payment was mailed to the Court in error. Thus, the Court **DIRECTS** the government to advise the Court is writing on or before June 29, 2012 whether it disagrees with Olin Corporation's position in the letters: i.e. that the said money was not exempt from garnishment. After the Court receives the government's response, the Court will determine where the money belongs. The Court notes that the money

has not been distributed from the registry account at the bank.

**IT IS SO ORDERED.**

Signed this 15th day of June, 2012.

David R. Herndon
2012.06.15
10:07:40 -05'00'

**Chief Judge
United States District Court**