IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| PLAINTIFF | } | |
| V. | } | CASE NO.3:09CR30007-001-DRH |
| LARRY BECHEL | } | |
| DEFENDANT | } | |

FILED
MAY 20 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## MOTION FOR FREE COPIES

Comes now, defendant Larry Bechel, requesting that this Honorable Court grant me free copies of all transcripts of the proceedings, discovery, plea agreement, PSI, Grand Jury transcripts and anything else that this Honorable Court would deem proper in order to do research in an effort to mount a successful appeal of my conviction and sentence.

I would also respectfully request that this Honorable Court grant me informa pauperis status for this cause due to my current indigent status.

I believe that these documents will reveal that I was denied my Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendment rights that are guaranteed in the United States of America's Constitution.

I also feel that since I was sentenced by the State of Illinois for the exact same allegations, that double jeopardy would attach for the Federal Government to sentence me for these duplicate charges.

For the record, I feel that the confession that was obtained was due to coercement and extreme psychological duress that amounted to cruel and unusual punishment that was intended and successful at causing a mental breakdown of sorts. This makes me understand how the federal government currently enjoys a plea agreement rate of 97%.

My first attorney was paid $30,000.00 to defend me and then he abandoned me telling me "I quit" on the telephone one day forcing me to request that this Honorable Court to appoint me a federal defender. This attorney should not be allowed to keep my money without earning it by representing me. My appointed lawyer nor the court informed me that my trial that I was requesting was being delayed or cancelled. I was never informed of what had actually transpired concerning my trial. I had already spent two years, basically in a dungeon, waiting for my day in court. Approximately 45 days after my trial was set to begin, my court appointed attorney showed up and told me that he was "too busy" to allow me my Constitutional Right to a trial and that he had "sold me out". This in itself should demonstrate an ineffective assistance of counsel.

As a result of all of this, I suffered a severe stroke in 2008 and lost all of my motor skills and I was unable to walk or to talk. I still have problems associated with the stroke up to this very day. This combined with my total lack of legal knowledge has prevented me from attempting to correct this miscarriage of justice up to now.

Due to my lack of legal knowledge and my lack of understanding of the legal system, as well as my health problems, I would also respectfully request that this

Honorable Court appoint me an attorney for the purpose of an appeal. I understand that this would be an extreme exception for this Honorable Court to do this but, I believe that it could be justified in order to correct this miscarriage of justice.

Executed this the 16 day of May, 2013.

Respectfully,

*Larry Bechel*

Larry Bechel

Larry Bechel    08130-025

FCI Forrest City

P.O.Box 9000-low

Forrest City, AR 72336